

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RETINELLA BRAMWELL, *Plaintiff,* | : | CIVIL NO. 3:00CV1934 (SRU) |
| v. | : | |
| UCONN HEALTH CENTER, ET AL. *Defendants.* | : | NOVEMBER 6, 2003 |

### PROPOSED VOIR DIRE INTERROGATORIES

Counsel for the plaintiff proposes the following voir dire interrogatories:

1. The Plaintiff is a <u>Black West Indian</u> woman (from Jamaica originally). She is a U.S. Citizen.

2. Does the fact that the Plaintiff is a Black Woman/is a West Indian woman—that/those facts standing alone—cause you to <u>favor</u> her claim; to <u>disfavor</u> her claim?

4. Do you harbor any ill will or bias toward people of West Indian descent . . .?

5. Do you harbor any ill will or bias toward <u>people of color</u>?

6. Has any member of your immediate family or any good friend worked in corrections/jail or prison work?

7. Has any member of your family or any good friend served time in a prison or jail?

8. Plaintiff's claims are that she was discriminated against by reason of her color and/or national origin. Do you have strong feelings that people of color are not discriminated against; that they see racism everywhere?

9. Do you believe yourself to be a racially tolerant person?

PLAINTIFF
RETINELLA BRAMWELL

By_____
John Rose, Jr.  ct 04228
LEVY & DRONEY, P.C.
74 Batterson Park Road
Farmington, CT 06032
(860)676-3115

2

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was delivered in hand this 6th day of November, 2003 to:

Jane B. Emons
Assistant Attorney General
55 Elm Street
P.O. Box 120
Hartford, CT 06141-0120

_____
John Rose, Jr.

①

11/6/03

Case No. 3:00 CV 1934 (SRU)

Bramwell v. UConn Health Center

Additional Voir Dire Questions
---

1. Have you or your spouse ever been suspended or demoted from a job? If so, state when? State who the employer was; state the reason given... Do you hold any negative feelings towards the employer as a result? Why?

2. Have you or your spouse ever been involved in a dispute with an employer with regard to whether or not your work performance or conduct, or that of your spouse, was satisfactory? If so, please describe it.

3. Have you or your spouse ever been responsible for or participated in making decisions regarding hiring, promoting, demoting, suspending or disciplining or laying off other employees? If so, please indicate for what employer or employers and describe the nature of each such involvement.

4. Does the fact that this case involves a claim of race/color discrimination prejudice you in any way?

5. Does the fact that this case involves a claim of national origin/ancestry discrimination prejudice you in any way [plaintiff is a black, West Indian woman]?

6. Do you believe that employees who are black should be given preferential treatment? If so, please explain your feelings.

7. Do you believe that you [if prospective juror is person