HONORABLE **UNDERHILL**
DEPUTY CLERK **Kolesnik**    RPTR/ERO/TAPE **Catucci**

TOTAL TIME: **2** hours **30** minutes

DATE **11/6/03**    START TIME **12:00**    END TIME **3:15**
LUNCH RECESS FROM **12:55** TO **2:20**
RECESS FROM _____ TO _____ (if more than 1/2 hour)

**Bramwell**
vs.
**Univ. of CT.**

CIVIL NO. **3:00cv1934SRU**

**John Rose**
Plaintiffs Counsel

☐ SEE ATTACHED CALENDAR FOR COUNSEL

**Jane Comerford**
**Jane Emons**
Defendants Counsel

## CIVIL JURY SELECTION/CALENDAR CALL

- ☐ ☐ (call./h) Call of the Calendar held  ☐ (call./set) Call of the Calendar over to _____
- ☒ ☒ (jyselect./h) Jury Selection held  ☐ Jury Selection continued until _____
- ☐ # Motion _____ ☐ granted ☐ denied ☐ advisement
- ☐ # Motion _____ ☐ granted ☐ denied ☐ advisement
- ☐ # Motion _____ ☐ granted ☐ denied ☐ advisement
- ☐ # Motion _____ ☐ granted ☐ denied ☐ advisement
- ☐ _____ ☐ filed ☐ docketed
- ☐ _____ ☐ filed ☐ docketed
- ☐ _____ ☐ filed ☐ docketed
- ☐ _____ ☐ filed ☐ docketed
- ☒ **50** # jurors present
- ☒ Voir Dire oath administered by Clerk ☒ previously administered by Clerk
- ☒ Voir Dire by Court
- ☒ Peremptory challenges exercised (See attached)
- ☒ Jury of **7** drawn (See attached) ☐ and sworn ☐ Jury Trial commences
- ☒ Remaining jurors excused
- ☐ Discovery deadline set for _____
- ☐ Disposition Motions due _____
- ☐ Joint trial memorandum due _____
- ☐ Trial continued until **11/17/03** at **9:30**

☒ COPY TO: JURY CLERK

(CD.10-Rev. 9/92)

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

Bramwell
v
Univ. of CT

CASE NO. 3:00 CV 1934 SRU

### CIVIL CHALLENGES

1. ~~Scidergan #91~~ ~~#96~~
2. ~~Evonsky 22~~
3. ~~[scribbled out]~~
4. _____

1. Devine #96
2. Motavalli #118
3. Waitz #20
4. Wilbur #28

_____
COUNSEL FOR PLAINTIFF(S)

_____
COUNSEL FOR DEFENDANT(S)