FILED

2003 NOV 12  A 10: 40

US DISTRICT COURT
BRIDGEPORT CT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| RETINELLA BRAMWELL,<br>*Plaintiff,* | CIVIL NO. 3:00CV1934 (SRU) |
| v. | |
| UCONN HEALTH CENTER, ET AL.<br>*Defendants.* | NOVEMBER 11, 2003 |

## MOTION IN LIMINE

Plaintiff Bramwell, by her attorney, moves for a pretrial order that the Defendant and counsel for the Defendant be prohibited from stating or reporting to the jury, orally or in writing, that the Court in Superior Court Case No. CV97-0481200, captioned <u>Retinella Bramwell v. Department of Corrections, et al</u> ruled against Plaintiff in that employment discrimination case.

Plaintiff took an appeal in that case (Docket No. AC22961). A ruling on that appeal, which has to do with whether the trial court lost jurisdiction over the case, is pending.

To allow Defendant or counsel to refer to or mention the adverse judgment in the context of the case would unduly prejudice Plaintiff.

PLAINTIFF
RETINELLA BRAMWELL

By_____
John Rose, Jr.   ct 04228
LEVY & DRONEY, P.C.
74 Batterson Park Road
Farmington, CT 06032
(860)676-3115

Her Attorney

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was send by facsimile and regular mail this 11th day of November, 2003 to:

Jane B. Emons
Assistant Attorney General
55 Elm Street
P.O. Box 120
Hartford, CT 06141-0120

_____
John Rose, Jr.