FILED

2003 NOV 12  A 10: 40

US DISTRICT COURT
BRIDGEPORT CT

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| RETINELLA BRAMWELL,<br>*Plaintiff,* | : CIVIL NO. 3:00CV1934 (SRU)<br>:<br>: |
| v. | : |
| UCONN HEALTH CENTER, ET AL.<br>*Defendants.* | :<br>: NOVEMBER 10, 2003 |

### PLAINTIFF'S REPLY TO DEFENDANTS'
### AMENDED ANSWER AND AFFIRMATIVE DEFENSES

Plaintiff replies to Defendants' Amended Answer and Affirmative Defenses and says that she denies the material allegations of Affirmative Defenses First through Tenth, inclusively but notes that all counts as against the Department of Correction and the individual defendants have been dismissed or withdrawn, leaving only the UConn Health Center as a Defendant.

                    PLAINTIFF
                    RETINELLA BRAMWELL

                    By_____
                        John Rose, Jr.  ct 04228
                        LEVY & DRONEY, P.C.
                        74 Batterson Park Road
                        Farmington, CT 06032
                        (860)676-3115

                    Her Attorney

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was send by facsimile and regular mail this 10th day of November, 2003 to:

Jane B. Emons
Assistant Attorney General
55 Elm Street
P.O. Box 120
Hartford, CT 06141-0120



John Rose, Jr.