FILED

2003 NOV 14 A 10: 10

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RETINELLA BRAMWELL,<br>*Plaintiff,* | : | CIVIL NO. 3:00CV1934 (SRU) |
| v. | : | |
| UCONN HEALTH CENTER, ET AL.<br>*Defendants.* | : | NOVEMBER 13, 2003 |

### LIST OF EXHIBITS

1.   Resume of Retinella Bramwell (2 pages)

2.   "Security Level" breakdown (1 page)

3.   September 9, 1999 UConn Health Center letter to Bramwell signed by Karen Duffy Wallace, Esq. (2 pages)

4.   May 15, 1999 Notes of "Preliminary Interview" conducted by Esther McIntosh of Retinella Bramwell (present Ron Barrett, 1199 Union Representative) 8 pages (unsigned)

5.   May 15, 1999 Notes of Preliminary Interview" conducted by Esther McIntosh of Janine Russell (present Ron Barrett, 1199 Union Representative) 9 pages (unsigned)

6.   Written statements of Correctional Officers re May 15, 1999 incident

   a.   Donald J. Theriault, C.O. (1 page)

   b.   K. McBride, C.O. (1 page)

   c.   J. Charette, Lt. (1 page)

      d.      Thomas C. Brady, C.O. (1 page)

      e.      B. Backiel, C.O. (1 page)

7. May 20, 1999 Kathy Weiner memo re "Crash Cart Reviewing" (1 page)

8. Bramwell 5/15/99 Incident Report (1 page)

9. Unsigned 5/15/99 (page "Two") report of incident (1 page)

10. Russell, R.N. statement 5/15/99 (1 page)

11. Investigation Report (Captain Robinson, Lieutenant Meehan), submitted May 25, 1999 (Case No. SD99-18)

12. May 17, 1999 (First Page reads "Investigation Index Checklist") (WRSMJ Roll Call Notice (Major Torres), re "Securing the Unit" (1 page)

13. May 27, 1999 Esther McIntosh to Karen Duffy Wallace memo re Bramwell/Russell Preliminary Interview (1 page)

14. Maher (Inmate/Deceased) Medical Record (1 page)

15. May 17, 1999 Esther McIntosh to Warden Donahue re "Medical Emergencies" (1 page)

16. Investigation Index Checklist/Security Division Routing Form (5/15/99 to 5/25/99)

17. June 21, 1999 Bramwell "laudermill" letter signed by McIntosh (1 page)

18. June 21, 1999 Russell laudermill letter from McIntosh (1 page)

19. May 17, 1999 Warden Donahue to Complex Warden Huckaby re "class I Incident - May 15, 1999"

20. October 1, 1999 CHRO Affidavit of Bramwell (8 pages)

21. September 9, 1999 Karen Duffy Wallace, Esq. letter to Russell (1 page)

22. September 30, 1999 M. Marto memo to Bramwell re transfer to CCC – Hartford (1 page)

23. Job Description Correctional Head Nurse (November 27, 1992) (1 page)

24. Bramwell's 2000 W-2 (1 page)

25. Doctor's/Therapist's Reports

   a. Stephan Kahn (3 pages)

   b. Ronald J. Bloom (19 pages)

   c. Dr. Roy Kellerman

   d. Dr. Jordan Goetz

   e. Elizabeth Moynahan

   f. Dr. Mary Norris

26. The Amended Complaint (11/23/98) in Bramwell vs. Armstrong/Department of Correction (Case No. 97-0181200) (7 pages)

27. 5/24/95 McIntosh letter to Bramwell re assignment to Walker Correctional Institute (1 page)

28. February 15, 1994 Rick Dixon letter to Bramwell re promotional transfer to Department of Correction/Health Services Division (1 page)

29. May 15, 1995 Maria Houser letter to Bramwell re assignment as second shift CHN at Walker (1 page)

30. Incident Report 12/12/95 Edwin Moralez, CMA, handwritten statement (1 page)

31. Incident Report 12/14/95 Carla L. Metzler, CHN, handwritten statement (1 page)

32. Incident Report 12/14/95 Bryan K. Sherman, CMA, handwritten statement (1 page)

33. 2/20/96 Bryan Sherman typed statement (notarized) (1 page)

34. 2/20/96 Edwin Moralez typed statement (notarized) (1 page)

35. January 16, 1996 Bramwell typed/notarized statement (1 page)

36. 12/12/95 Incident Report (typed) signed by Bramwell (1 page)

37. 4/11/96 Norma Goodlove CHNS statement (typed) (1 page)

38. 6/17/96 Bramwell letter to Anna Scott, Affirmative Action Administrator, Department of Correction (1 page)

39. 12/20/97 Bramwell writing (typed) re Weiner evaluation 12/19/97 (1 page)

40. 4/23/96 Bramwell statement to Department of Correction, Division of Affirmative Action (notarized) (1 page)

41. 4/27/95 Stephen H. Clarke, Warden letter to Bramwell (1 page)

42. 7/18/96 Susan N. Levey, Secretary II (Department of Correction) letter to Bramwell re earnings bi-weekly and date of hire (1 page)

43. 2/12/02 Bramwell letter to Sharon Brown, Health Administrator, Department of Correction and to Personnel Office, UConn Health Center (2 pages)

44. Levy & Droney billings in U.S. District Court case

45. 12/28/00 Noreen Logan, H.R. at UConn Health Center letter to Bramwell re FMLA (1 page)

46. Annual Performance Appraisals/Bramwell for 2000, 1996-1997, 1995 and 1994 (total of 8 pages/backs and fronts)

47. "Emergency Response to Code White" (1 page)

48. May 17, 1999 Memo Warden Donahue to Complex Warden Huckaby and attached paperwork/statements re Inmate Maher (26 pages)

49. 5/10/01 Official Formal Counseling Mary Marto Administrator re Bramwell 3/14/01 incident (40 pages)

50. Continuation of Investigation Report dated 5/28/99 by Trooper Perez (1 page)

```
                                    PLAINTIFF
                                    RETINELLA BRAMWELL

                                By _____
                                    John Rose, Jr.   ct 04228
                                    LEVY & DRONEY, P.C.
                                    74 Batterson Park Road
                                    Farmington, CT 06032
                                    (860)676-3115

                                    Her Attorney
```

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was sent by facsimile and regular mail this 13th day of November, 2003 to:

Jane B. Emons
Assistant Attorney General
55 Elm Street
P.O. Box 120
Hartford, CT 06141-0120

_____
John Rose, Jr.