FILED

2003 NOV 14 A 10: 10

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RETINELLA BRAMWELL,<br>*Plaintiff,* | : | CIVIL NO. 3:00CV1934 (SRU) |
| v. | : | |
| UCONN HEALTH CENTER, ET AL.<br>*Defendants.* | : | NOVEMBER 13, 2003 |

### LIST OF WITNESSES

1. Retinella Bramwell

2. Trooper Jose Perez

3. Ronald Bloom, M.D.

4. Warden Michael J. Donahue

5. Elizabeth Moynahan

6. Chief Medical Examiner H. Wayne Carver

7. Olive Dempster

8. Karen Duffy Wallace

9. Mary Marto

10. Ken Avery

11. Esther McIntosh

PLAINTIFF
RETINELLA BRAMWELL

By_____
John Rose, Jr.   ct 04228
LEVY & DRONEY, P.C.
74 Batterson Park Road
Farmington, CT 06032
(860)676-3115

Her Attorney

## CERTIFICATION

I hereby certify that a copy of the foregoing was sent by facsimile and regular mail this 13th day of November, 2003 to:

Jane B. Emons
Assistant Attorney General
55 Elm Street
P.O. Box 120
Hartford, CT 06141-0120

_____
John Rose, Jr.