FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

2003 NOV 14 P 2: 58

| | | |
|---|---|---|
| RETINELLA BRAMWELL,<br>*Plaintiff,* | : | CIVIL NO. 3:00CV1934 (SRU)<br>BRIDGEPORT CT |
| v. | : | |
| UCONN HEALTH CENTER, ET AL.<br>*Defendants.* | : | NOVEMBER 12, 2003 |

## LIST OF EXHIBITS

A. Relevant documents from personnel file of Retinella Bramwell.

B. Relevant documents from Grievance files of Retinella Bramwell.

C. "Greentree" computer printout.

D. Relevant documents from affirmative action file of Retinella Bramwell -- DOC.

E. Plaintiff's responses to defendant's request for interrogatories and production.

F. Investigation of May 15, 1999 incident -- UCHC.

G. Investigation of May 15, 1999 incident – DOC.

H. Medical records, reports, bills, correspondence and related matters contained in Retinella Bramwell file maintained by Dr. Roy Kellerman, M.D.

I. Medical records, reports, bills, correspondence and related matters contained in Retinella Bramwell file maintained by Dr. Ronald Bloom, M.D.

J. Medical records, reports, bills, correspondence and related matters contained in Retinella Bramwell file maintained by Dr. Jordan Goetz, M.D.

K. Medical records, reports, bills, correspondence and related matters contained in Retinella Bramwell file maintained by Dr. Mary Norris, M.D.

L.  Medical records, reports, bills, correspondence and related matters contained in Retinella Bramwell file maintained by therapist Elizabeth Monahan.

M.  Medical records, reports, bills, correspondence and related matters contained in Retinella Bramwell file maintained by therapist Steven Kahn.

N.  Retinella Bramwell disability retirement application and paperwork -- UCHC.

O.  CHRO Complaint of Retinella Bramwell dated October 1, 1999.

P.  Videotape of incident May 15, 1999; DOC chain of custody form.

Q.  Performance evaluations of plaintiff, 1994 through 2002, DOC and UCHC.

R.  Discipline records and counseling forms for plaintiff, June, 1995 through 2002, DOC and UCHC.

S.  Job Description -- Correctional Head Nurse.

T.  Memorandum of Understanding -- Department of Correction/University of Connecticut Health Center dated 8/11/97.

U.  Documents pertaining to emergencies and medical emergencies at Walker RSMU.

V.  September 9, 1999 letter to Ms. Rita Bramwell -- Notice of Disciplinary Demotion and Ten-Day Suspension -- signed Karen Duffy Wallace.

W.  Memo to Retinella Bramwell, CN from M. Marto dated September 30, 1999.

X.  Memorandum of Decision, March 28, 2002, Judge Andre Kocay.

Y.  Letter dated February 12, 2002 from Retinella Bramwell to Sharon Brown.

Z.  Documents from Office of the Chief Medical Examiner pertaining to autopsy of Michael Maher.

AA.  Expert Report of Peter Schulman, M.D.

BB.  Expert Report of James McMahon, R.N.

  CC. July 11, 2001 letter from Karen Duffy Wallace to Retinella Bramwell.

  DD. Outstanding Health Services Grievances – October 2, 1997.

  EE. Transcript of preliminary interview on May 25, 1999 of Rita Bramwell.

  FF. Transcript of preliminary interview on May 25, 1999 of Janine Russell.

  GG. Memorandum from Esther McIntosh to Karen Duffy Wallace dated May 27, 1999.

  HH. Memorandum from Warden Michael Donahue to James E. Huckabey, Complex Warden, dated May 17, 1999 with attachments.

  II. Medical and clinical reports re: incident May 15, 1999.

  JJ. Letter September 9, 1999 from Karen Duffy Wallace to Janine Russell re: Notice of Three-Day Suspension.

  KK. June 21, 1999 letters from Esther McIntosh to Rita Bramwell and Janine Russell.

  LL. Memorandum dated May 17, 1999 from Esther McIntosh to Warden Donahue.

  MM. Grievance Response – Step Two – Christine Cieplinski, dated June 15, 2000.

  NN. Training records of Retinella Bramwell.

The defendants reserve the right to supplement their exhibit list once they have received plaintiff's finalized list and for impeachment and/or rebuttal purposes.

DEFENDANTS
UCONN HEALTH CENTER, ET. AL.

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: _____
Jane B. Emons
Assistant Attorney General
55 Elm Street - P.O. Box 120
Hartford, CT 06141-0120
Tel: (860) 808-5340
Fax: (860) 808-5383
Federal Bar No. #ct16515
Email: jane.emons@po.state.ct.us

## CERTIFICATION

I hereby certify that a copy of the foregoing List of Exhibits was hand delivered on this 12th day of November, 2003, to:

John Rose, Jr.
Levy & Droney, PC
74 Batterson Park Road
Farmington, CT 06032

_____
Jane B. Emons
Assistant Attorney General