IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

FILED
2003 NOV 14  P 2: 57

| | | |
|---|---|---|
| RETINELLA BRAMWELL, | : | CIVIL NO. 3:00CV1934(SRU) |
| *Plaintiff,* | : | BRIDGEPORT CT |
| | : | |
| v. | : | |
| | : | |
| UCONN HEALTH CENTER, ET AL. | : | |
| *Defendants.* | : | NOVEMBER 12, 2003 |

## LIST OF WITNESSES

1.      Retinella Bramwell, plaintiff, Bloomfield, CT, will be called to testify about any of the allegations in the complaint, about all subjects mentioned in her testimony, during her deposition, or contained in statements pertaining to this case.

2.      Esther McIntosh, defendant, Farmington, CT, will refute plaintiff's allegations and testify as to her involvement in the facts and circumstances surrounding plaintiff's complaint.

3.      Karen Duffy-Wallace, defendant, Farmington, CT will refute plaintiff's allegations and testify as to her involvement in the facts and circumstances surrounding plaintiff's complaint.

4.      Mary Marto, Complex Administrator, UCHC, will testify about her interaction with plaintiff in the workplace.

5.      Peter Shulman, M.D., expert, Farmington, CT, will testify in accordance with the facts, opinions and basis therefore as stated in his expert report and with regard to his training, experience and general professional knowledge.

6. James McMahon, R.N., expert, will testify in accordance with the facts, opinions and basis therefore as stated in his expert report and with regard to his training, experience and general professional knowledge.

7. Ronald V. Bloom, M.D., treating physician, will testify about administering medical treatment to plaintiff.

8. Jordan Goetz, M.D., treating physician, will testify about administering medical treatment to plaintiff.

9. Roy Kellerman, M.D., treating physician, will testify about administering medical treatment to plaintiff.

10. Elizabeth Monahan, therapist, will testify about plaintiff's mental condition and her treatment of plaintiff.

11. Mary E. Norris, M.D., treating physician, will testify about administering medical treatment to plaintiff.

12. Steven Kahn, M.D., treating physician, will testify about administering medical treatment to plaintiff.

13. Kenneth Avery, University of Connecticut, CMHC, will testify as to his supervision of plaintiff and her performance in the workplace from 1999 until her retirement.

14. Francine Dew, Director of Affirmative Action, University of Connecticut Health Center, will testify as to her investigation of discrimination by plaintiff and communications with plaintiff regarding those complaints.

15. Keeper of Records, University of Connecticut Health Center, will testify for purpose of verifying reports and records kept pertaining to incidents involving plaintiff Retinella Bramwell.

16. Keeper of Records, Department of Correction, will testify for purpose of verifying reports and records kept pertaining to incidents involving plaintiff Retinella Bramwell.

17. Donald Theriaque, Correctional Officer, Department of Correction, will testify as to an incident of May 15, 1999 involving plaintiff Retinella Bramwell.

18. Eugene Sokolow, Correctional Officer, Department of Correction, will testify as to an incident of May 15, 1999 involving plaintiff Retinella Bramwell.

19. Brett Backiel, Correctional Officer, Department of Correction, will testify as to an incident of May 15, 1999 involving plaintiff Retinella Bramwell.

20. Kelly McBride, Correctional Officer, Department of Correction, will testify as to an incident of May 15, 1999 involving plaintiff Retinella Bramwell.

21. Thomas Brady, Correctional Officer, Department of Correction, will testify as to an incident of May 15, 1999 involving plaintiff Retinella Bramwell.

22. Joseph Charette, Correctional Lieutenant, Department of Correction, will testify as to an incident of May 15, 1999 involving plaintiff Retinella Bramwell.

23. W. Wayne Carver, Medical Examiner, will testify as to his findings in the autopsy of Michael Maher, May, 1999.

24. Jose Perez, State Police Trooper, will testify as to his presence during the autopsy of Michael Maher, May, 1999.

25. Representative from Security Division, DOC, to testify as to chain of custody for videotape.

26. Janine Russell, registered nurse, employee of defendant UConn Health Center/Managed Care (DOC), to testify as to the May 15, 1999 incident.

27. Keeper of the Records, UConn Health Care/Managed Health Care, to testify concerning plaintiff's earnings, salary reduction, lost wages and benefits, evaluations, etc.

28. Michael J. Donahue, Warden, Walker Reception and Special Management Unit (DUC), to testify concerning May 15, 1999 incident, procedures in place and training of DOC personnel.

29. Sharon Brown, UCHC, plaintiff's supervisor will testify as to her supervision of plaintiff and to plaintiff's letter of resignation.

30. Brian Eaton, Director of Benefits and payroll, UCHC will testify as to plaintiff's submission for retirement status.

31. Shirley Galka, State of Connecticut, Retirement Commission will testify regarding plaintiff's requests for voluntary/disability retirement.

Plaintiff reserves the right to supplement her witness list for rebuttal purposes.

The defendants reserve the right to supplement their witness list once they have received plaintiff's finalized list and for rebuttal purposes.

>    DEFENDANTS
>    UCONN HEALTH CENTER, ET. AL.
>
>    RICHARD BLUMENTHAL
>    ATTORNEY GENERAL
>
>    BY: _____
>    Jane B. Emons
>    Assistant Attorney General
>    55 Elm Street - P.O. Box 120
>    Hartford, CT  06141-0120
>    Tel: (860) 808-5340
>    Fax: (860) 808-5383
>    Federal Bar No. #ct16515
>    Email: jane.emons@po.state.ct.us

## **CERTIFICATION**

I hereby certify that a copy of the foregoing List of Witnesses was hand delivered on this 12th day of November, 2003, to:

John Rose, Jr.
Levy & Droney, PC
74 Batterson Park Road
Farmington, CT  06032

Jane B. Emons
Assistant Attorney General