FILED

2003 NOV 14  A 10: 10

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| RETINELLA BRAMWELL, *Plaintiff,* | CIVIL NO. 3:00CV1934 (SRU) |
| v. | |
| UCONN HEALTH CENTER, ET AL. *Defendants.* | NOVEMBER 13, 2003 |

## MOTION IN LIMINE

In the above-captioned case, following the Plaintiff's having been suspended, then demoted and transferred, she filed first a CHRO complaint and then this civil action for damages for employment discrimination, etc.

Thereafter Plaintiff consulted with physicians and mental health professionals. In connection with this litigation and Defendants' written discovery, Plaintiff's compliance (see attached) listed physicians and mental health professionals consulted following the illegal employment actions taken against her as expert witnesses.

The Defendants deposed each and all of the following physicians/mental health professionals disclosed as experts:

Elizabeth Monahan, Therapist

Richard J. Bloom, M.D.

Roy Kellerman, M.D.

Jordan Goetz, M.D.

Mary E. Norris, M.D.

Each of the said physicians/mental health professionals previously designated as experts and deposed by the Assistant Attorney General, counsel for Defendant submitted a bill for her/his deposition preparation and time. Despite demand (see e.g. attached May 7, 2003 letter) the Defendant, acting by the Assistant Attorney General, has refused to pay the bills of the referenced physicians/mental health professionals.

Plaintiff's counsel has subpoenaed several of the said physicians/mental health professionals for the trial of this matter, who have advised him they will only testify as "hostile witnesses" and that they continue to have not been paid for their time.

WHEREFORE, Plaintiff prays this Court order that the Defendant pay the long outstanding bills of the referenced physicians/mental health professionals.

PLAINTIFF
RETINELLA BRAMWELL

By _____
John Rose, Jr. ct 04228
LEVY & DRONEY, P.C.
74 Batterson Park Road
Farmington, CT 06032
(860)676-3115

Her Attorney

### **CERTIFICATION**

I hereby certify that a copy of the foregoing was sent by facsimile and regular mail this 13th day of November, 2003 to:

Jane B. Emons
Assistant Attorney General
55 Elm Street
P.O. Box 120
Hartford, CT 06141-0120

_____
John Rose, Jr.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| RETINELLA E. BRAMWELL : | |
| : | |
| v. : | CIVIL ACTION |
| : | NO. 3:00 CV 1934(SRU) |
| UNIVERSITY OF CONNECTICUT : | |
| HEALTH CENTER, STATE OF : | |
| CONNECTICUT DEPARTMENT OF : | |
| CORRECTION, ESTHER McINTOSH : | MARCH 5, 2002 |
| and KAREN DUFFY-WALLACE : | |

### PLAINTIFF'S RESPONSES TO DEFENDANT'S INTERROGATORIES

**A.    INTERROGATORIES**

Interrogatory #1:

Identify the person(s) answering these interrogatories. Include full name, home address, work address, date of birth and social security number. See Instructions and Definitions, paragraph #7.

**ANSWER:**

Retinella E. Bramwell, d.o.b.: 7/1/39 (I am 62 years old). Social Security Number 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. During the time pertinent to this case, I resided at 6 Brown Street, Bloomfield, Ct 06002. I work at the Hartford Correctional Center, 177 Weston Street, Hartford, CT. However, as of February 12, 2002, I have resigned, effective March 31, 2002. I claim a constructive discharge or termination and my attorney will seek to amend the complaint in this case to include that claim.

Interrogatory #2:

State whether you or any individual named in response to any of these interrogatories to your knowledge, or to the knowledge of your attorney, has given any statement regarding the subject matter of this case or concerning the actions of any party or witness thereto (except privileged statements made by a party in confidence to his or her attorney and identify each person having custody of a copy or copies of such statements). See instructions and Definitions, paragraph 10.

**ANSWER:**

The only statements I have made concerning the subject matter of this case, other than to my attorney are the statement I made to my employer (attached, See Requests for Production) and my Commission on Human Rights and Opportunities Affidavit (attached, See Requests for Production). I believe that Janine Russell, a Registered Nurse also employed as a Correctional Nurse gave a statement to the employer.

Interrogatory #3:

Identify each person whom you expect to call as an expert witness at trial concerning the incident(s) alleged in your Complaint, and for each such expert witness provide the subject matter upon which he/she is expected to testify.

**ANSWER:**

Elizabeth Monahan, Therapist
New England Holistic Health Center
155 Sycamore Street
Glastonbury, CT 06033
Tel. 860-659-3553

Richard J. Bloom, M.D.
701 Cottage Grove Road
Bloomfield, CT 06002
Tel. 860-243-8756

Roy Kellerman, M.D.
Prime Health Care, P.C.
701 Cottage Grove Road, Building F, Suite 230
Bloomfield, CT 06002
Tel. 860-243-5569

Jordan Goetz, M.D.
Connecticut Holistic & Integrative Medicine
1057 Poquonnock Road
Groton, CT 06340
Tel. 860-445-2130

Mary E. Norris, M.D.
850 Cottage Grove Road
Bloomfield, CT 06002
Tel. 860-243-5580

      Each of the named physicians/therapists is a treater of mine. Dr Kellerman has been my regular physician for years. He would testify to at least my high blood pressure condition worsened by the stress of work related issues such as are detailed in my complaint and to the nature of the treatment/medications he has prescribed. My attorney has requested all of his file and a report from Dr. Kellerman concerning any and all treatment which has been received and supplied. The State has other Dr. Kellerman reports concerning my treatment dating to at least 1998.

      Dr. Bloom is the heart doctor I have consulted. My attorney has requested his file and a report, which is being supplied herewith (Request for Production). He will testify as to his diagnosis, treatment and prognosis concerning my heart and any ailment therein requiring his professional intervention and the nature of any medications he has prescribed.

      Elizabeth Monahan is my therapist. I have been seeing her since at least January, 2001, initially twice a month, then once per month. She will testify to the nature of the problem I presented with following my suspension, demotion and illegal transfer and the treatments she has provided me for stress, anxiety, etc. She

referred me to Dr. Goetz, who has, and continues to treat me, for stress, high blood pressure and ulcer. She works with Stephen Kahn, M.D., a doctor of Psychiatry and Pharmacology who I have also seen. They will address directly the question of my stress and anxiety caused by my work situation. My attorney has requested the files and a report of Dr. Goetz and of Elizabeth Monahan and Dr. Kahn, and they have been received and supplied.

Dr. Norris treated me at St. Francis Hospital for a flare-up of my ulcer. She performed an endoscopy. She will testify as to that treatment and as to her diagnosis, treatment and prognosis. My attorney has requested her files and a report which have been received and supplied to counsel for Defendants.

At present Plaintiff has not other expert witnesses.

Interrogatory #4:

State whether you, your attorney, or any other representative has any photographs, drawings, charts, diagrams, maps, models or other tangible evidence prepared by parties, witnesses or experts expected to testify in this case concerning any of the events alleged in your Complaint. If so, identify any person(s) who have custody or control of any of the materials referred to above, specifically describing which of the materials each such person possesses.

**ANSWER:**

My attorney and or I have a copy of a video purporting to represent what occurred on May 15, 1999, supplied by the Attorney General's office. I have no other photographs, drawings, charts, diagrams, models, maps, etc. which have not been supplied by defendants.

Interrogatory #5:

If you have received medical treatment (physical, mental or otherwise) for the injuries alleged in your Complaint from any hospital, clinic, physician, nurse or other health care provider, please identify each such hospital, clinic, physician, nurse or

# LEVY & DRONEY, P.C.
### ATTORNEYS & COUNSELLORS AT LAW

JOHN ROSE, JR.
Direct Dial: (860)676-3115
E-Mail: jrose@ldlaw.com

May 7, 2003

Jane B. Emons
Assistant Attorney General
55 Elm Street
P.O. Box 120
Hartford, CT 06141-0120

     RE: **Bramwell v. UConn Health Center**

Dear Jane:

     Please be advised that I will raise with the Magistrate Judge prior to the May 29, 2003 settlement session the issue of the State's (your office) refusal to pay the Plaintiff's medical/mental health treaters, disclosed as experts, for their time as deponents noticed/subpoenaed by you/Attorney Comerford.

     Further concerning outstanding and or continuing obligations to respond to discovery/document production, please advise

     (a)    With respect to Interrogatory No. 11 of Plaintiff's Interrogatories and Requests for Production, whether, as of this time Defendants contend Inmate Maher was still alive when he was turned over/delivered to the ambulance/EMT unit

     (b)    With respect to Interrogatory No. 17, I claim any doctor's reports concerning the Code White incident of May 15, 1999 involving Inmate Maher

     (c)    Identify each and every document which you claim is privileged or attorney work product, as claimed or set forth in Defendant's responses to Plaintiff's Interrogatories and Requests for Production, including Interrogatories No. 15, No. 16, No. 17, No. 19 and Production Requests No. 2 and No. 5, by means of a privilege or work-product log. Otherwise, please produce all the documents and respond fully to the interrogatories.

     Finally, it is my position, that any claim by you that the identity of persons or production of documents is "beyond custody and control of defendants" and [if any] cannot or will not be produced is inapposite, inappropriate and wrong. Given the contractual relationship as between the Health Center and the DOC and the fact that yours is the Attorney General's office for the State of

POND VIEW CORPORATE CENTER, 74 BATTERSON PARK ROAD, FARMINGTON, CT 06032
MAILING ADDRESS: P.O. BOX 887, FARMINGTON, CT 06034-0887   (860) 676-3000   FAX (860) 676-3200
website www.ldlaw.com

LEVY & DRONEY, P.C.

Jane B. Emons
Page 2
May 7, 2003

Connecticut, I believe it is appropriate to demand to receive all of the requested information/documentation.

Please advise.

Yours very truly,

LEVY & DRONEY, P.C.

John Rose, Jr.

JRJ:ems