HONORABLE **Stefan Underhill** CT/cvtrial (October 17, 2001)

TOTAL TIME: **6** hours **35** minutes     DEPUTY CLERK **Montz**     RPTR/ERO/TAPE **Catucci**

DATE **11-17-03**     START TIME **9:10**     END TIME **4:45**
LUNCH RECESS FROM **1:00** TO **2:00**
RECESS FROM ____ TO ____ (if more than 1/2 hour)

CIVIL NO. **3:00cv1934(SRU)**

**Bramwell**
vs.
**UConn Health Center**

Plaintiffs Counsel: **John Rose, Jr.**

☐ SEE ATTACHED CALENDAR FOR COUNSEL

Defendants Counsel: **Jane B Emons**

## CIVIL JURY/COURT TRIAL

☑ Jury of **7** report (see attached) ☑ Jury sworn
☑ (jytrl./h) Jury Trial held ☑ (jytrl./set) Jury Trial continued until **11-18-03** at ____
☐ (ctrl./h) Court Trial held ☐ (ctrl./set) Court Trial continued until ____ at ____
☐ ctrlconc. Court Trial concluded ☐ DECISION RESERVED ☐ SEE reverse for verdict
☐ # Motion ____ ☐ granted ☐ denied ☐ advisement
☐ # Motion ____ ☐ granted ☐ denied ☐ advisement
☐ # Motion ____ ☐ granted ☐ denied ☐ advisement
☐ # Motion ____ ☐ granted ☐ denied ☐ advisement
☐ oralm Oral Motion ____ ☐ granted ☐ denied ☐ advisement
☐ oralm Oral Motion ____ ☐ granted ☐ denied ☐ advisement
☐ oralm Oral motion ____ ☐ granted ☐ denied ☐ advisement
☐ oralm Oral motion ____ ☐ granted ☐ denied ☐ advisement
☐ filed ☐ docketed
☐ filed ☐ docketed
☐ filed ☐ docketed
☐ filed ☐ docketed
☐ filed ☐ docketed
☐ filed ☐ docketed
☐ filed ☐ docketed

☐ Plaintiff(s) rests ☐ Defense rests
Briefs due: ☐ Pltf ____ Deft ____ Reply ____
☐ Summation held ☐ Court's Charge to the Jury
All full exhibits, ☐ Verdict Form handed to the jury ☐ Interrogatories to the Jury handed to the jury
Jury commences deliberations at ____
Court orders Jury to be fed at Govt. expense (see attached bill)
SEE ☐ reverse ☐ attached

☑ COPY TO: JURY CLERK (JURY TRIALS ONLY)

# Jury List

Judge: **STEFAN R. UNDERHILL**  
Event: **3:00CV1934(SRU**

Date: **11/7/03**  
Time: **1:31 PM**

| Seat# | Part No. | Name | Type |
|---|---|---|---|
| 1 | 100087543 | RICCIARDI, NINA | Juror |
| 2 | 100093226 | MARKOVICS, GLEN MICHAEL | Juror |
| 3 | 100114641 | JOHNSON JR., MIZE | Juror |
| 4 | 100117510 | ESTEFAN, PAUL D | Juror |
| 5 | 100115064 | GLOVER, CINDY M | Juror |
| 6 | 100092495 | OCKERT, BILLY J | Juror |
| 7 | 100116839 | GRAZIANO, PEGGY A | Juror |