CT/cvtrial October 17, 2001

HONORABLE **Stefan Underhill**
DEPUTY CLERK **Montz**    RPTR/ERO/TAPE **Carucci**

TOTAL TIME: ___ hours ___ minutes

DATE **11·18·03**    START TIME **9:20**    END TIME **4:50**
LUNCH RECESS FROM **1:05** TO **2:05**
RECESS FROM ___ TO ___ (if more than 1/2 hour)

CIVIL NO. **3:00cv1934 (SRU)**

**Bramwell**
vs.
**UConn Health Center**

**John Rose**
Plaintiffs Counsel

☐ SEE ATTACHED CALENDAR FOR COUNSEL

**Jane Emons**
Defendants Counsel

## CIVIL JURY/COURT TRIAL

Jury of **7** report (see attached) ☐ Jury sworn
☐ (jytrl./h) Jury Trial held  ☑ (jytrl./set) Jury Trial continued until **11·19·03** at **9:00**
☐ (ctrl./h) Court Trial held  ☐ (ctrl./set) Court Trial continued until ___ at ___
Court Trial concluded ☐ DECISION RESERVED ☐ SEE reverse for verdict

Motion _____ ☐ granted ☐ denied ☐ advisement
Motion _____ ☐ granted ☐ denied ☐ advisement
Motion _____ ☐ granted ☐ denied ☐ advisement
Motion _____ ☐ granted ☐ denied ☐ advisement
Oral Motion _____ ☐ granted ☐ denied ☐ advisement
Oral Motion _____ ☐ granted ☐ denied ☐ advisement
Oral motion _____ ☐ granted ☐ denied ☐ advisement
Oral motion _____ ☐ granted ☐ denied ☐ advisement

☐ filed ☐ docketed (×7)

☐ Plaintiff(s) rests ☐ Defense rests
Briefs due: ☐ Pltf ___ Deft ___ Reply ___
☐ Summation held ☐ Court's Charge to the Jury
All full exhibits, ☐ Verdict Form handed to the jury ☐ Interrogatories to the Jury handed to the jury
Jury commences deliberations at ___
Court orders Jury to be fed at Govt. expense (see attached bill)
SEE ☐ reverse ☐ attached

☑ COPY TO: JURY CLERK (JURY TRIALS ONLY)

# Jury List

Judge: STEFAN R. UNDERHILL
Event: 3:00CV1934(SRU

Date: 11/7/03
Time: 1:31 PM

| Seat# | Part No. | Name | Type | |
|---|---|---|---|---|
| 1 | 100087543 | RICCIARDI, NINA | Juror | *Nina Ricciardi* |
| 2 | 100093226 | MARKOVICS, GLEN MICHAEL | Juror | |
| 3 | 100114641 | JOHNSON JR., MIZE | Juror | |
| 4 | 100117510 | ESTEFAN, PAUL D | Juror | *Paul D Estefan* |
| 5 | 100115064 | GLOVER, CINDY M | Juror | *Cindy* |
| 6 | 100092495 | OCKERT, BILLY J | Juror | *Billy J Ockert* |
| 7 | 100116839 | GRAZIANO, PEGGY A | Juror | *Peggy Graziano* |