FILED

2003 NOV 17 A 8:39

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RETINELLA BRAMWELL,<br>*Plaintiff*, | : | CIVIL NO. 3:00CV1934 (SRU) |
| v. | : | |
| UCONN HEALTH CENTER, ET AL.<br>*Defendants*. | : | NOVEMBER 14, 2003 |

## SUPPLEMENT TO MOTION IN LIMINE

On November 11, 2003, Plaintiff filed her Motion in Limine seeking an order of the Court preventing Defendant from introducing evidence, documents or testimony or from referring to the decision in the State Court case. A copy of that Motion in Limine is attached.

Plaintiff hereby supplements its argument therein and says:

1. The suspension and demotion and transfer she sustained all took place in 1999.

2. The Memorandum of Decision in the State Court case is dated March 28, 2002.

3. Plaintiff's initial claim of discrimination was pending during all of the time relevant and her subsequent claim of discrimination associated with the suspension, demotion and transfer was filed October 1, 1999.

4. Defendants are not entitled to claim that a judgment, which is in fact still on appeal, in any way taints or may be used to impugn or refute Plaintiff's claims of discrimination, hostile work environment, and retaliation which took place years before the State Court decision.

          PLAINTIFF

          RETINELLA BRAMWELL

By _____
      John Rose, Jr.    ct 04228
      LEVY & DRONEY, P.C.
      74 Batterson Park Road
      Farmington, CT 06032
      (860)676-3115

      Her Attorney

## **CERTIFICATION**

    I hereby certify that a copy of the foregoing was delivered in hand this 14th day of November, 2003 to:

Jane B. Emons
Assistant Attorney General
55 Elm Street
P.O. Box 120
Hartford, CT 06141-0120

_____
John Rose, Jr.