GT/c/trial (October 17, 2001)

HONORABLE **Stefan Underhill**
DEPUTY CLERK **Montz**   RPTR/ERO/TAPE **Catucci**

TOTAL TIME: **4** hours **55** minutes

DATE **11-19-03**   START TIME **9:25**   END TIME **3:30**
LUNCH RECESS FROM **1:05** TO **2:05**
RECESS FROM _____ TO _____ (if more than 1/2 hour)

CIVIL NO. **3:00CV1934(SRU)**

**Bramwell**
vs.
**UConn Health Center**

Plaintiffs Counsel: **John Rose**

☐ SEE ATTACHED CALENDAR FOR COUNSEL

Defendants Counsel: **Jane Emons**

### CIVIL JURY/COURT TRIAL

☑ Jury of **7** report (see attached) ☐ Jury sworn
☑ (jytrl./h) Jury Trial held ☑ (jytrl./set) Jury Trial continued until **11-20-03** at _____
☐ (ctrl./h) Court Trial held ☐ (ctrl./set) Court Trial continued until _____ at _____
☐ ctrlconc . Court Trial concluded ☐ DECISION RESERVED ☐ SEE reverse for verdict
☐ # Motion _____ ☐ granted ☐ denied ☐ advisement
☐ # Motion _____ ☐ granted ☐ denied ☐ advisement
☐ # Motion _____ ☐ granted ☐ denied ☐ advisement
☐ # Motion _____ ☐ granted ☐ denied ☐ advisement
☑ oralm. **Defs' Oral Motion for JMT as a matter of law** ☑ granted ☐ denied ☐ advisement
☐ oralm. Oral Motion _____ ☐ granted ☐ denied ☐ advisement
☐ oralm. Oral motion _____ ☐ granted ☐ denied ☐ advisement
☐ oralm. Oral motion _____ ☑ granted ☐ denied ☐ advisement
☐ _____ ☐ filed ☐ docketed
☐ _____ ☐ filed ☐ docketed
☐ _____ ☐ filed ☐ docketed
☐ _____ ☐ filed ☐ docketed
☐ _____ ☐ filed ☐ docketed
☐ _____ ☐ filed ☐ docketed
☐ _____ ☐ filed ☐ docketed
☑ ☑ Plaintiff(s) rests ☐ Defense rests
☐ Briefs due: ☐ Pltf _____ Deft _____ Reply _____
☐ ☐ Summation held ☐ Court's Charge to the Jury
☐ All full exhibits, ☐ Verdict Form handed to the jury ☐ Interrogatories to the Jury handed to the jury
☐ Jury commences deliberations at _____
☐ Court orders Jury to be fed at Govt. expense (see attached bill)
☐ SEE ☐ reverse ☐ attached

☑ COPY TO: JURY CLERK (JURY TRIALS ONLY)

Judge: STEFAN R. UNDERHILL
Event: 3:00CV1934(SRU

Date: 11/7/03
Time: 1:31 PM

| Seat# | Part No. | Name | Type |
|---|---|---|---|
| 1 | 100087543 | RICCIARDI, NINA | Juror |
| 2 | 100093226 | MARKOVICS, GLEN MICHAEL | Juror |
| 3 | 100114641 | JOHNSON JR., MIZE | Juror |
| 4 | 100117510 | ESTEFAN, PAUL D | Juror |
| 5 | 100115064 | GLOVER, CINDY M | Juror |
| 6 | 100092495 | OCKERT, BILLY J | Juror |
| 7 | 100116839 | GRAZIANO, PEGGY A | Juror |