\# 46

FILED

2003 NOV 14 A 10: 10

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RETINELLA BRAMWELL,<br>*Plaintiff,* | : | CIVIL NO. 3:00CV1934 (SRU) |
| v. | : | |
| UCONN HEALTH CENTER, ET AL.<br>*Defendants.* | : | NOVEMBER 13, 2003 |

### Plaintiff's LIST OF WITNESSES

11-17-03  1.  Retinella Bramwell

2.  Trooper Jose Perez

3.  Ronald Bloom, M.D.

11-18-03  4.  Warden Michael J. Donahue

5.  Elizabeth Moynahan

6.  Chief Medical Examiner H. Wayne Carver (NO)

11-19-03  7.  Olive Dempster

11-19-03  8.  Karen Duffy Wallace

9.  Mary Marto

10.  Ken Avery

11-18-03  11.  Esther McIntosh

PLAINTIFF
RETINELLA BRAMWELL

By_____
John Rose, Jr.   ct 04228
LEVY & DRONEY, P.C.
74 Batterson Park Road
Farmington, CT 06032
(860)676-3115

Her Attorney

## CERTIFICATION

I hereby certify that a copy of the foregoing was sent by facsimile and regular mail this 13th day of November, 2003 to:

Jane B. Emons
Assistant Attorney General
55 Elm Street
P.O. Box 120
Hartford, CT 06141-0120

_____
John Rose, Jr.

2