#45

FILED

2003 NOV 14 A 10:10

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RETINELLA BRAMWELL, *Plaintiff*, | : | CIVIL NO. 3:00CV1934 (SRU) |
| v. | : | |
| UCONN HEALTH CENTER, ET AL. *Defendants.* | : | NOVEMBER 13, 2003 |

### Plaintiff's LIST OF EXHIBITS

Full    11-17-03    1.    Resume of Retinella Bramwell (2 pages)

ID      11-17-03    2.    "Security Level" breakdown (1 page)

Full    11-17-03    3.    September 9, 1999 UConn Health Center letter to Bramwell signed by Karen Duffy Wallace, Esq. (2 pages)

Full    11-17-03    4.    May 15, 1999 Notes of "Preliminary Interview" conducted by Esther McIntosh of Retinella Bramwell (present Ron Barrett, 1199 Union Representative) 8 pages (unsigned)

Full    11-17-03    5.    May 15, 1999 Notes of Preliminary Interview" conducted by Esther McIntosh of Janine Russell (present Ron Barrett, 1199 Union Representative) 9 pages (unsigned)

Full    11-17-03    6.    Written statements of Correctional Officers re May 15, 1999 incident

      a.    Donald J. Theriault, C.O. (1 page)

      b.    K. McBride, C.O. (1 page)

      c.    J. Charette, Lt. (1 page)

Exhibits Received 11/19/03

    d. Thomas C. Brady, C.O. (1 page)

    e. B. Backiel, C.O. (1 page)

  7. May 20, 1999 Kathy Weiner memo re "Crash Cart Reviewing" (1 page)

*Full 11-17-03* 8. Bramwell 5/15/99 Incident Report (1 page)

*Full 11-17-03* 9. Unsigned 5/15/99 (page "Two") report of incident (1 page)

*Full 11-17-03* 10. Russell, R.N. statement 5/15/99 (1 page)

*Full 11-17-03* 11. Investigation Report (Captain Robinson, Lieutenant Meehan), submitted May 25, 1999 (Case No. SD99-18)

  12. May 17, 1999 (First Page reads "Investigation Index Checklist") (WRSMJ Roll Call Notice (Major Torres), re "Securing the Unit" (1 page)

*Full 11-17-03* 13. May 27, 1999 Esther McIntosh to Karen Duffy Wallace memo re Bramwell/Russell Preliminary Interview (1 page)

  14. Maher (Inmate/Deceased) Medical Record (1 page)

*Full 11-17-03* 14-A One page - Michael Maher clinical Record

*Full 11-17-03* 15. May 17, 1999 Esther McIntosh to Warden Donahue re "Medical Emergencies" (1 page)

*Full 11-17-03* 16. Investigation Index Checklist/Security Division Routing Form (5/15/99 to 5/25/99)

*Full 11-17-03* 17. June 21, 1999 Bramwell "laudermill" letter signed by McIntosh (1 page)

*Full 11-17-03* 18. June 21, 1999 Russell laudermill letter from McIntosh (1 page)

Full 11-17-03  19.  May 17, 1999 Warden Donahue to Complex Warden Huckaby re "class I Incident - May 15, 1999"

20.  October 1, 1999 CHRO Affidavit of Bramwell (8 pages)

Full 11-17-03  21.  September 9, 1999 Karen Duffy Wallace, Esq. letter to Russell (1 page)

Full 11-17-03  22.  September 30, 1999 M. Marto memo to Bramwell re transfer to CCC – Hartford (1 page)

Full 11-17-03  23.  Job Description Correctional Head Nurse (November 27, 1992) (1 page)

24.  Bramwell's 2000 W-2 (1 page)

25.  Doctor's/Therapist's Reports

 52  a.  Stephan Kahn (3 pages)

 55  b.  Ronald J. Bloom (19 pages)

 56  c.  Dr. Roy Kellerman

 51  d.  Dr. Jordan Goetz

 53  e.  Elizabeth Moynahan

 54  f.  Dr. Mary Norris

(Full 11-17-03 this {a–f})

26.  The Amended Complaint (11/23/98) in Bramwell vs. Armstrong/Department of Correction (Case No. 97-0181200) (7 pages)

Full 11-17-03  27.  5/24/95 McIntosh letter to Bramwell re assignment to Walker Correctional Institute (1 page)

Full 11-17-03   28.   February 15, 1994 Rick Dixon letter to Bramwell re promotional transfer to Department of Correction/Health Services Division (1 page)

Full 11-17-03   29.   May 15, 1995 Maria Houser letter to Bramwell re assignment as second shift CHN at Walker (1 page)

30.   Incident Report 12/12/95 Edwin Moralez, CMA, handwritten statement (1 page)

31.   Incident Report 12/14/95 Carla L. Metzler, CHN, handwritten statement (1 page)

32.   Incident Report 12/14/95 Bryan K. Sherman, CMA, handwritten statement (1 page)

33.   2/20/96 Bryan Sherman typed statement (notarized) (1 page)

34.   2/20/96 Edwin Moralez typed statement (notarized) (1 page)

35.   January 16, 1996 Bramwell typed/notarized statement (1 page)

36.   12/12/95 Incident Report (typed) signed by Bramwell (1 page)

37.   4/11/96 Norma Goodlove CHNS statement (typed) (1 page)

38.   6/17/96 Bramwell letter to Anna Scott, Affirmative Action Administrator, Department of Correction (1 page)

39.   12/20/97 Bramwell writing (typed) re Weiner evaluation 12/19/97 (1 page)

40.   4/23/96 Bramwell statement to Department of Correction, Division of Affirmative Action (notarized) (1 page)

41.   4/27/95 Stephen H. Clarke, Warden letter to Bramwell (1 page)

42. 7/18/96 Susan N. Levey, Secretary II (Department of Correction) letter to Bramwell re earnings bi-weekly and date of hire (1 page)

Full 11-17-03 43. 2/12/02 Bramwell letter to Sharon Brown, Health Administrator, Department of Correction and to Personnel Office, UConn Health Center (2 pages)

44. Levy & Droney billings in U.S. District Court case

45. 12/28/00 Noreen Logan, H.R. at UConn Health Center letter to Bramwell re FMLA (1 page)

Full 11-17-03 46. Annual Performance Appraisals/Bramwell for 2000, 1996-1997, 1995 and 1994 (total of 8 pages/backs and fronts)

Full 11-17-03 47. "Emergency Response to Code White" (1 page)

Full 11-17-03 48. May 17, 1999 Memo Warden Donahue to Complex Warden Huckaby and attached paperwork/statements re Inmate Maher (26 pages)

49. 5/10/01 Official Formal Counseling Mary Marto Administrator re Bramwell 3/14/01 incident (40 pages)

Full 11-18-03 49-A - First 3 pages of #49

50. Continuation of Investigation Report dated 5/28/99 by Trooper Perez (1 page)

Full 11-17-03 51. Report of Jordan Goetz

Full 11-17-03 52. Report of Steven Kahn

Full 11-17-03 53. Report of Elizabeth Monahan

Full 11-17-03 54. Report of Dr. Norris

Full 11-17-03 55. Report of Dr. Bloom

Full 11-17-03 56. Report of Ray Kellerman

5

PLAINTIFF
RETINELLA BRAMWELL

By_____
John Rose, Jr.    ct 04228
LEVY & DRONEY, P.C.
74 Batterson Park Road
Farmington, CT 06032
(860)676-3115

Her Attorney

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was sent by facsimile and regular mail this 13th day of November, 2003 to:

Jane B. Emons
Assistant Attorney General
55 Elm Street
P.O. Box 120
Hartford, CT 06141-0120

_____
John Rose, Jr.