IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

FILED
2003 NOV 14 P 2:58

| | |
|---|---|
| RETINELLA BRAMWELL,<br>*Plaintiff,* | CIVIL NO. 300CV1934 (SRU)<br>BRIDGEPORT CT |
| v. | |
| UCONN HEALTH CENTER, ET AL.<br>*Defendants.* | NOVEMBER 12, 2003 |

## Defendants' LIST OF EXHIBITS

Full 11-17-03    A.    Relevant documents from personnel file of Retinella Bramwell.

Full 11-17-03    B.    Relevant documents from Grievance files of Retinella Bramwell.

                  C.    "Greentree" computer printout.

Full 11-17-03    D.    Relevant documents from affirmative action file of Retinella Bramwell -- DOC.

Full 11-17-03    E.    Plaintiff's responses to defendant's request for interrogatories and production.

Full 11-17-03    F.    Investigation of May 15, 1999 incident -- UCHC.

Full 11-17-03    G.    Investigation of May 15, 1999 incident – DOC.

Full 11-17-03    H.    Medical records, reports, bills, correspondence and related matters contained in Retinella Bramwell file maintained by Dr. Roy Kellerman, M.D.

Full 11-17-03    I.    Medical records, reports, bills, correspondence and related matters contained in Retinella Bramwell file maintained by Dr. Ronald Bloom, M.D.

Full 11-17-03    J.    Medical records, reports, bills, correspondence and related matters contained in Retinella Bramwell file maintained by Dr. Jordan Goetz, M.D.

Full 11-17-03    K.    Medical records, reports, bills, correspondence and related matters contained in Retinella Bramwell file maintained by Dr. Mary Norris, M.D.

Full 11-17-03   L.  Medical records, reports, bills, correspondence and related matters contained in Retinella Bramwell file maintained by therapist Elizabeth Monahan.

Full 11-17-03   M.  Medical records, reports, bills, correspondence and related matters contained in Retinella Bramwell file maintained by therapist Steven Kahn.

Full 11-18-03   N.  Retinella Bramwell disability retirement application and paperwork -- UCHC.

*Full 11-18-03   N-1  App. Retirement Benefits Income Payment Election w/4P, Check, HealthSvcs

Full 11-18-03   O.  CHRO Complaint of Retinella Bramwell dated October 1, 1999. *Letter 5-16-02 "Application for State Disability"

Full 11-18-03   P.  2 Tapes Videotape of incident May 15, 1999; DOC chain of custody form.

Full 11-17-03   Q.  Performance evaluations of plaintiff, 1994 through 2002, DOC and UCHC.

Full 11-18-03 (R-I)   R.  Discipline records and counseling forms for plaintiff, June, 1995 through 2002, DOC and UCHC. 4-3-01 UConn/Bramwell -Sub Formal Counseling

Full 11-17-03   S.  Job Description -- Correctional Head Nurse.

Full 11-17-03   T.  Memorandum of Understanding -- Department of Correction/University of Connecticut Health Center dated 8/11/97.

Full 11-17-03   U.  Documents pertaining to emergencies and medical emergencies at Walker RSMU.

Full 11-17-03   V.  September 9, 1999 letter to Ms. Rita Bramwell -- Notice of Disciplinary Demotion and Ten-Day Suspension -- signed Karen Duffy Wallace.

Full 11-17-03   W.  Memo to Retinella Bramwell, CN from M. Marto dated September 30, 1999.

X.  Memorandum of Decision, March 28, 2002, Judge Andre Kocay.

Full 11-17-03   Y.  Letter dated February 12, 2002 from Retinella Bramwell to Sharon Brown.

Full 11-17-03   Z.  Documents from Office of the Chief Medical Examiner pertaining to autopsy of Michael Maher.

AA.  Expert Report of Peter Schulman, M.D.

BB.  Expert Report of James McMahon, R.N.

* -11-18-03 N-3 Full  Letter from State of CT to Bramwell 6-20-02
11-19-03 N-4 -ID. Full  Letter 3-15-01
N-5 Full  Letter 1-8-01

2

Full 11-17-03 CC. July 11, 2001 letter from Karen Duffy Wallace to Retinella Bramwell.

DD. Outstanding Health Services Grievances – October 2, 1997.

Full 11-17-03 EE. Transcript of preliminary interview on May 25, 1999 of Rita Bramwell.

Full 11-17-03 FF. Transcript of preliminary interview on May 25, 1999 of Janine Russell.

Full 11-17-03 GG. Memorandum from Esther McIntosh to Karen Duffy Wallace dated May 27, 1999.

Full 11-17-03 HH. Memorandum from Warden Michael Donahue to James E. Huckabey, Complex Warden, dated May 17, 1999 with attachments.

Full 11-17-03 II. Medical and clinical reports re: incident May 15, 1999.

Full 11-17-03 JJ. Letter September 9, 1999 from Karen Duffy Wallace to Janine Russell re: Notice of Three-Day Suspension.

Full 11-17-03 KK. June 21, 1999 letters from Esther McIntosh to Rita Bramwell and Janine Russell.

Full 11-17-03 LL. Memorandum dated May 17, 1999 from Esther McIntosh to Warden Donahue.

Full 11-17-03 MM. Grievance Response – Step Two – Christine Cieplinski, dated June 15, 2000.

Full 11-17-03 NN. Training records of Retinella Bramwell.

The defendants reserve the right to supplement their exhibit list once they have received plaintiff's finalized list and for impeachment and/or rebuttal purposes.

*Received in full –*

*[signature] 11/19/03*

3

DEFENDANTS
UCONN HEALTH CENTER, ET. AL.

RICHARD BLUMENTHAL
ATTORNEY GENERAL


BY: *[signature]*
Jane B. Emons
Assistant Attorney General
55 Elm Street - P.O. Box 120
Hartford, CT 06141-0120
Tel: (860) 808-5340
Fax: (860) 808-5383
Federal Bar No. #ct16515
Email: jane.emons@po.state.ct.us


### CERTIFICATION

I hereby certify that a copy of the foregoing List of Exhibits was hand delivered on this 12th day of November, 2003, to:

John Rose, Jr.
Levy & Droney, PC
74 Batterson Park Road
Farmington, CT 06032


*[signature]*
Jane B. Emons
Assistant Attorney General