

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

RETINELLA BRAMWELL

v                                       3:00CV1934 (SRU)

UNIVERSITY OF CONNECTICUT
HEALTH CENTER

## JUDGMENT

This cause came on for trial before a jury and the Honorable Stefan R. Underhill, United States District Judge. On November 12, 2003 defendants State of Connecticut Department of Correction, Esther McIntosh and Karen Duffy-Wallace were withdrawn. On November 19, 2003, at the close of plaintiff's case, defendant's oral motion for judgment as a matter of law was granted.

It is therefore ORDERED AND ADJUDGED that judgment is hereby entered for the defendant and the case is closed.

Dated at Bridgeport, Connecticut, this 20th day of November, 2003.


KEVIN F. ROWE, CLERK

By_____
Deputy Clerk

EOD_____