UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| RETINELLA BRAMWELL<br>*Plaintiff,* | : CIV. NO. 3:00CV1934(SRU) |
| v. | : |
| UNIVERSITY OF CONNECTICUT HEALTH CENTER, STATE OF CONNECTICUT DEPARTMENT OF CORRECTIONS, ESTHER McINTOSH and KAREN DUFFY-WALLACE<br>*Defendants* | : December 8, 2003 |

## MOTION FOR COSTS

Judgment as a matter of law was entered for the defendant by the Honorable United States District Court Judge Stefan R. Underhill on November 19, 2003 and judgment was entered for the defendant on November 20, 2003. Pursuant to the provisions of Rule 54(d) of the Federal Rules of Civil Procedure, and Rule 54 of the Local Rules of Civil Procedure, the defendant, who is the prevailing party in the above-captioned case, respectfully requests that:

    a.    The court assess costs in this action in the amount of $4,349.12 consistent with the Bill of Costs and Certification attached to this motion as Exhibits A and B.

    b.    The $500.00 bond (Doc. # 30, dated January 3, 2003) posted by the plaintiff as security for costs in this action pursuant to Rule 83.3 of the Local Rules of the District of Connecticut be forfeited and paid over to the defendant as partial satisfaction of the above.

DEFENDANT
UNIVERSITY OF CONNECTICUT
HEALTH CENTER

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: _____
Jane B. Emons
Assistant Attorney General
Federal Bar No. ct 16515
55 Elm Street, P.O. Box 120
Hartford, CT 06141-0120
Tel: (860) 808-5340
Fax: (860) 808-5383
E-mail: Jane.Emons@po.state.ct.us

## CERTIFICATION

I hereby certify that a copy of the foregoing **Motion for Costs** with exhibits A and B attached was mailed, U.S. mail first class postage prepaid, this 8th day of December, 2003 to all counsel of record:

John Rose, Jr., Esq.
Levy & Droney, P.C.
74 Batterson Park Road, P.O. Box 887
Farmington, CT 06034-0887

_____
Jane B. Emons
Assistant Attorney General

## EXHIBIT A

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| RETINELLA BRAMWELL<br>*Plaintiff,* | CIV. NO. 3:00CV1934(SRU) |
| v. | |
| UNIVERSITY OF CONNECTICUT HEALTH CENTER, STATE OF CONNECTICUT DEPARTMENT OF CORRECTIONS, ESTHER McINTOSH and KAREN DUFFY-WALLACE<br>*Defendants* | December 8, 2003 |

## BILL OF COSTS

1. Fees of State Marshal DeLorenzo for service of subpoenas on Dr. Roy Kellerman, Dr. Ronald Bloom, Dr. Mary Norris for depositions.
   Invoice attached                                               $ 102.78

2. Fee of State Marshal Sitnik for service of subpoenas on Dr. Steven Kahn and Elizabeth Monahan for depositions
   Invoice attached                                               $ 75.72

3. Fee of State Marshal Andriola for service of subpoena on Dr. Jordan Goetz for deposition     $ 42.75
   Invoice attached

4. Witness fees for Drs. Mary Norris, Ronald Bloom Roy Kellerman, Jordan Goetz and Steven Kahn and LMFT Elizabeth Monahan for attendance at depositions (various dates)
   Invoice attached                                               $ 351.69

5. Fee of State Marshal Zanewski for service of subpoenas on Drs. Kahn, Bloom, Norris and Kellerman and LMFT Monahan for attendance at trial.
   Invoice attached                                               $ 179.20

3

6.  Fee of State Marshal Feinberg for service of subpoena on Dr. Goetz for attendance at trial.
    Invoice attached                                                    $ 49.28

7.  Witness fees for Drs. Bloom, Kahn, Kellerman and Norris and for LMFT Monahan for attendance at trial.
    Invoice attached                                                    $ 267.80

8.  Fees of Court Reporter for depositions of Drs. Norris, Goetz and Kahn and LMFT Monahan (various dates)
    Invoice attached                                                    $1,279.25

9.  Fee of Court Reporter for deposition of of Dr. Kellerman.
    Invoice attached.                                                   $ 317.00

10. Fee of Court Reporter for deposition of H. Wayne Carver II, M.D.
    Invoice attached                                                    $ 129.60

11. Fee of Court Reporter for deposition of Dr. Ronald Bloom.
    Invoice attached                                                    $ 244.85

12. Fee of Court Reporter for depositions of plaintiff Retinella Bramwell on 7-17-01 and 7-30-01.
    Invoice attached                                                    $ 409.20

13. Expert witness fee of Dr. Peter Schulman.
    Invoice attached                                                    $ 900.00

    **TOTAL**                                                           **$4,349.12**

4



# STATE OF CONNECTICUT
## BOARD OF GOVERNORS OF HIGHER EDUCATION

**HEALTH CENTER INVOICE**

**VENDOR PAYMENT VOUCHER (FORM CO-17)**

| DOCUMENT DATE | | ACCOUNTS PAYABLE BATCH NUMBER |
|---|---|---|
| 07/23/2002 | | |

| DOCUMENT NO. | RECEIPT DATE | P.O./C.A. NO. | RPT TYPE | VENDOR FEIN/SSN | STATUS OF CITIZENSHIP |
|---|---|---|---|---|---|
| 0000257 | | | | 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 | ☐ Citizen or Permanent Resident for Tax Purposes<br>☐ Non Resident Alien (Please attach Alien Information Collection Form) |

**VENDOR/PAYEE:** Allan DeLorenzo, Connecticut State Marshal

**DOCUMENT AMOUNT:** $102.78

**ADDRESS:** 112 Cottage Grove Road

| CITY | STATE | ZIP |
|---|---|---|
| Bloomfield | CT | 06002 |

**VENDOR BILLING INFORMATION (e.g. VENDOR INVOICE NUMBER, CLIENT NAME, DATE, #s)**

**GIVE FULL DESCRIPTION OF GOODS AND/OR SERVICES COMPLETED** | **AMOUNT**

**BUSINESS PURPOSES:**
Charges incurred by CT State Marshal to subpoena individuals to be deposed in the Retinella E. Bramwell v. UConn Health Center, ST of CT Department of Correction, Esther McIntosh and Karen Duffy-Wallace Case #3:00CV1934(SRU) United States District Court. $33.53 Dr. Roy Kellerman, $33.53 Dr. Ronald Bloom & $35.72 Dr. Mary E. Norris. (See Attached Detailed Invoices)   $102.78

**SPECIAL PAYMENT/CHECK HANDLING INSTRUCTIONS**

CHECK DUE DATE: _____ ENCLOSE ATTACHED DOCUMENT WITH CHECK: ☐ YES ☐ NO   ENCLOSURE CODE: _____

CHECK TO BE PICKED UP AT BURSAR'S OFFICE: ☐ YES ☐ NO
CONTACT PERSON: _____   PHONE: _____

JUSTIFICATION FOR PICK-UP: _____

| LEDGER | ACCOUNT | SUBCODE | AMOUNT | DEPARTMENT | MAIL CODE | FISCAL SERVICES APPROVAL |
|---|---|---|---|---|---|---|
| 2 | 15549 | | 102.78 | Legal Dept. | 3803 | |
| | | | | **PREPARED BY:** Kathy Bacon | **PHONE #:** 679-1114 | |
| | | | | **AUTHORIZED SIGNATURE/APPROVAL:** *Kathy Bacon* | | |

Revised 6/1/00

# INVOICE - VOUCHER FOR GOODS OR SERVICES RENDERED TO THE STATE OF CONNECTICUT

CO-17 REV. 3/98 (Stock No. 102-01)

STATE OF CONNECTICUT
OFFICE OF THE STATE COMPTROLLER
ACCOUNTS PAYABLE DIVISION

**VENDOR: PLEASE COMPLETE BOTH COPIES OF THIS SET AND SEND BOTH TO AGENCY BILLING ADDRESS SHOWN ON PURCHASE ORDER.**

**00869688**

| (1) AGENCY NO. | (2) BATCH NO. | (3) DOC. TYPE | (4) DOCUMENT NO. 00869688 | (5) DOCUMENT AMOUNT $33.53 |
|---|---|---|---|---|
| (6) DOCUMENT DATE 6-26-02 | (7) RECEIPT DATE | (8) COMM. NO. | (9) COMM. TYPE (10) COMM. AGCY. (11) LIQ. (12) RPT. TYPE | (13) VENDOR FEIN/SSN - SUFFIX 081301125 1 |

**VENDOR / PAYEE: FIELDS 13 THROUGH 22 AND 37 THRU 40 ARE MANDATORY FOR PAYMENT**

(14) PAYEE / ADDRESS:
ALLAN DeLORENZO
Connecticut State Marshal
112 Cottage Grove Road
Bloomfield, CT 06002

(15) ARE YOU INCORPORATED? ☐ YES ☒ NO

(16) ARE YOU A NON-PROFIT ORGANIZATION? ☐ YES ☒ NO

(17) VENDOR BILLING INFORMATION: Bramwell vs. University of CT Health Center - Subpoena - Dr. Kellerman

(18) GIVE FULL DESCRIPTION OF GOODS AND / OR SERVICES COMPLETED:

USDC 3:00CV1939 (SRU)
Service of Subpoena on (in hand service) Yvette O'Connor, Office Manager, duly authorized to accept service for Dr. Roy Kellerman at Prime Health Care, 701 Cottage Grove Rd. Ste. F-230, Bloomfield, CT on July 9, 2002.

| Description | (19) Quantity | (20) Units | (21) Unit Price | (22) Amount |
|---|---|---|---|---|
| Page | 2 | per/pg. | 1.00 | 2.00 |
| End. | 2 | per/end | .40 | .80 |
| Service | 1 | per/def. | 30.00 | 30.00 |
| Travel | 2 | per/mile | .365 | .73 |
| TOTAL | | | | $33.53 |

(33) AGENCY NAME AND ADDRESS:
Office of the Attorney General
State of Connecticut
263 Farmington Avenue
Farmington, CT 06030-3803

DISTRIBUTION: WHITE-COMPTROLLER    CANARY-AGENCY

RENDERED TO THE STATE OF CONNECTICUT
CO-17 REV. 3/98 (Stock No. 102-01)
OFFICE OF THE STATE COMPTROLLER
ACCOUNTS PAYABLE DIVISION

Case 3:00-cv-01934-SRU    Document 62    Filed 12/09/2003    Page 7 of 8

VENDOR: PLEASE COMPLETE BOTH COPIES OF THIS SET AND SEND BOTH TO AGENCY BILLING ADDRESS SHOWN ON PURCHASE ORDER.

**00869689**

| (1) AGENCY NO. | (2) BATCH NO. | (3) DOC. TYPE | (4) DOCUMENT NO. 00869689 | (5) DOCUMENT AMOUNT $33.53 |
|---|---|---|---|---|
| (6) DOCUMENT DATE 6-26-02 | (7) RECEIPT DATE | (8) COMM. NO. | (9) COMM. TYPE (10) COMM. AGCY. (11) LIQ. (12) RPT. TYPE | (13) VENDOR FEIN / SSN - SUFFIX 081130112511 |

VENDOR / PAYEE: FIELDS 13 THROUGH 22 AND 37 THRU 40 ARE MANDATORY FOR PAYMENT

(14) PAYEE: ALLAN DeLORENZO
Connecticut State Marshal
112 Cottage Grove Road
Bloomfield, CT 06002

(15) ARE YOU INCORPORATED? ☐ YES ☒ NO
(16) ARE YOU A NON-PROFIT ORGANIZATION? ☐ YES ☒ NO

(17) VENDOR BILLING INFORMATION:
Bramwell v. Univ. of CT Health Center - Subpoena - Dr. Bloom

(18) GIVE FULL DESCRIPTION OF GOODS AND/OR SERVICES COMPLETED:

USDC 3:00CV1934(SRU)
Service of Subpoena (in hand service)
on Dr. Ronald Bloom, at Cottage
Grove Cardiology, PC, 711 Cottage
Grove Road, Bloomfield, CT
on July 9, 2002

Pages
End.
Service
Travel

| Quantity | Units | Unit Price | Amount |
|---|---|---|---|
| 2 | per pg. | 1.00 | 2.00 |
| 2 | per/end | .40 | .80 |
| 1 | per/def | 30.00 | 30.00 |
| 2 | per/mile | .365 | .73 |

TOTAL - $33.53

(33) AGENCY NAME AND ADDRESS
Office of the Attorney General
State of Connecticut
263 Farmington Avenue
Farmington, CT 06030-3803

DISTRIBUTION: WHITE-COMPTROLLER   CANARY-AGENCY

| INVOICE - VOUCHER FOR GOODS OR SERVICES RENDERED TO THE STATE OF CONNECTICUT | | | STATE OF CONNECTICUT OFFICE OF THE STATE COMPTROLLER ACCOUNTS PAYABLE DIVISION |
|---|---|---|---|
| CO-17 REV. 3/98 (Stock No. 102-01) | | | |

VENDOR: PLEASE COMPLETE BOTH COPIES OF THIS SET AND SEND BOTH TO AGENCY BILLING ADDRESS SHOWN ON PURCHASE ORDER.

**00869683**

| (1) AGENCY NO. | (2) BATCH NO. | (3) DOC. TYPE | (4) DOCUMENT NO. 00869683 | (5) DOCUMENT AMOUNT $35.72 |
|---|---|---|---|---|
| (6) DOCUMENT DATE 6-Nov-02 | (7) RECEIPT DATE | (8) COMP. INV. | (9) COMM. TYPE | (10) COMM. AGCY. | (11) LIQ. | (12) RPT. TYPE | (13) VENDOR FEIN/SSN - SUFFIX  081 30 1251 1 |

ITEMS DESIGNATED WITH * 1 THROUGH 22 AND 37 THRU 40 ARE MANDATORY FOR PAYMENT

ALLAN DeLORENZO
Connecticut State Marshal
112 Cottage Grove Road
Bloomfield, CT 06002

(15) ARE YOU INCORPORATED? ☐ YES ☒ NO

(16) ARE YOU A NON-PROFIT ORGANIZATION? ☐ YES ☒ NO

University of CT Health Center - Subpoena - Norris MD

| (18) GIVE FULL DESCRIPTION OF GOODS AND/OR SERVICES COMPLETED | (19) QUANTITY | (20) UNITS | (21) UNIT PRICE | (22) AMOUNT |
|---|---|---|---|---|
| USDC 3:00CV1934(SRU) Service of Subpoena (in hand service) on Shiela Mascolo duly authorized to accept service for Mary Norris MD at 580 Cottage Grove Road, Bloomfield, CT on 7-16-02. | | | | |
| Pages | 2 | per pg | 1.00 | 2.00 |
| End. | 2 | per end | .40 | .80 |
| Service | 1 | per day | 30.00 | 30.00 |
| Travel | 8 | per mile | .365 | 2.92 |
| TOTAL | | | | $35.72 |

Office of the Attorney General
State of Connecticut
263 Farmington Avenue
Farmington, CT 06030-3803