

# STATE OF CONNECTICUT
# BOARD OF GOVERNORS OF HIGHER EDUCATION

## HEALTH CENTER INVOICE
## VENDOR PAYMENT VOUCHER (FORM CO-17)

**DOCUMENT DATE:** 07/23/2002

**DOCUMENT NO:** 0000258

**VENDOR ID:** 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

☐ Citizen or Permanent Resident for Tax Purposes
☐ Non Resident Alien (Please attach Alien Information Collection Form)

**VENDOR/PAYEE:** Edward F. Sitnik, Connecticut State Marshal

**ADDRESS:** 294 Linnmore Street

**CITY:** Hartford **STATE:** CT **ZIP:** 06106

**GIVE FULL DESCRIPTION OF GOODS AND/OR SERVICES COMPLETED**

BUSINESS PURPOSES:

Charges incurred by CT State Marshal to subpoena Dr. Steven Kahn to be deposed in the Retinella E. Bramwell v. UConn Health Center, ST of CT Department of Correction, Esther McIntosh and Karen Duffy-Wallace Case #3:00CV1934(SRU) United States District Court.

(See Attached Detailed Invoice)

**AMOUNT:** $75.72

**SPECIAL PAYMENT/CHECK HANDLING INSTRUCTIONS**

CHECK DUE DATE: _____ ENCLOSE ATTACHED DOCUMENT WITH CHECK: ☐ YES ☐ NO  ENCLOSURE CODE: _____

CHECK TO BE PICKED UP AT BURSAR'S OFFICE: ☐ YES ☐ NO
CONTACT PERSON: _____ PHONE: _____
JUSTIFICATION FOR PICK-UP: _____

| LEDGER | ACCOUNT | SUBCODE | AMOUNT | DEPARTMENT | MAIL CODE | FISCAL SERVICES APPROVAL |
|---|---|---|---|---|---|---|
| 2 | 15549 | | 75.72 | Legal Dept. | 3803 | |

PREPARED BY: Kathy Bacon   PHONE#: 679-1114

AUTHORIZED SIGNATURE/APPROVAL: *Kathy Bacon*

Revised 6/1/00

INV - VOUCHER FOR GOODS OR SERVICES
RENDERED TO THE STATE OF CONNECTICUT

OFFICE OF THE STATE COMPTROLLER
ACCOUNTS PAYABLE DIVISION

CO-17 REV. 3/98 (Stock No. 102-01)

**VENDOR:** PLEASE COMPLETE BOTH COPIES OF THIS SET AND SEND BOTH TO AGENCY BILLING ADDRESS SHOWN ON PURCHASE ORDER.

**00845652**

| (1) AGENCY NO. | (2) BATCH NO. | (3) DOC. TYPE | (4) DOCUMENT NO. 00845652 | (5) DOCUMENT AMOUNT $ |
|---|---|---|---|---|
| (6) DOCUMENT DATE | (7) RECEIPT DATE | (8) COMM. NO. | (9) COMM. TYPE | (10) COMM. AGCY. | (11) LIQ. | (12) RPT. TYPE | (13) VENDOR FEIN / SSN - SUFFIX 047 24 3278 |

**VENDOR / PAYEE:** FIELDS 13 THROUGH 22 AND 37 THRU 40 ARE MANDATORY FOR PAYMENT

(14) PAYEE: EDWARD F. SITNIK
PAYEE ADDRESS: 294 LINNMOORE STREET
ADDRESS: HARTFORD, CT 06106
CITY: STATE: ZIP CODE:

(15) ARE YOU INCORPORATED? ☐ YES ☒ NO

(16) ARE YOU A NON - PROFIT ORGANIZATION? ☐ YES ☒ NO

(17) VENDOR BILLING INFORMATION - ONE LINE OF 52 CHARACTERS (E.G., VENDOR INVOICE NUMBER, CLIENT NAME, DATE, ETC. FOR RECONCILIATION OF VENDORS ACCOUNTS RECEIVABLE).

| (18) GIVE FULL DESCRIPTION OF GOODS AND / OR SERVICES COMPLETED | (19) QUANTITY | (20) UNITS | (21) UNIT PRICE | (22) AMOUNT |
|---|---|---|---|---|
| RETINELLA BRAMWELL v UNIVERSITY OF CONNECTICUT HEALTH CENTER STATE OF CONNECTICUT DEPT. OF CORRECTION ESTHER MCINTOSH AND KAREN DUFFY MCINTOSH JULY 17, 2002 SERVICE OF SUBPOENAS TO: 9:45AM ELIZABETH MONAHAN 155 SYCAMORE STREET GLASTONBURY, CT (2 TRIPS) | 1 2 1 44 | COPY END. SERVICE MILEAGE | $1.00 .40 20.00 .365 | $1.00 .80 20.00 16.06 $37.86 |
| JULY 17, 2002 2:32PM STEVEN KAHN, M.D. 155 SYCAMORE STREET GLASTONBURY, CT (2 TRIPS) | 1 2 1 44 | COPY END SERVICE MILEAGE | $1.00 .40 20.00 .365 | $1.00 .80 20.00 16.06 $37.86 |
| | | | TOTAL | $75.72 |

OK for payment [signature] 7/23/02

| (23) FULL LIQ. | (24) COMM. LINE NO. | (25) EXPENDED AMOUNT | (26) AGENCY | (27) COST CENTER FUND | SID | (28) OBJECT | AGENCY TAIL (29) FUNCTION | (30) ACTIVITY | (31) EXTENSION | (32) F.Y. |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |

(33) AGENCY NAME AND ADDRESS

(34) COMMODITIES RECEIVED OR SERVICES RENDERED - SIGNATURE
Edward F. Sitnik
(35) RECEIVING REPORT NO. (36) DATE(S) OF RECEIPT(S)

**SHIPPING INFORMATION**
(37) DATE SHIPPED (38) FROM - CITY / STATE (39) VIA - CARRIER (40) F.O.B.

DISTRIBUTION: WHITE-COMPTROLLER CANARY -AGENCY



# STATE OF CONNECTICUT
# BOARD OF GOVERNORS OF HIGHER EDUCATION

## HEALTH CENTER INVOICE
### VENDOR PAYMENT VOUCHER (FORM CO-17)

**DOCUMENT DATE:** 07/19/2002

**DOCUMENT NO.:** 0000256

**RECEIPT DATE:**

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 ☐ Not Resident Alien (Please attach Alien Information Collection Form)

**VENDOR/PAYEE:** Richard J. Andriola

**VOUCHER AMOUNT:** $42.75

**ADDRESS:** P. O. Box 982

**CITY:** Groton  **STATE:** CT  **ZIP:** 06340

**VENDOR BILLING INFORMATION (e.g. VENDOR INVOICE NUMBER, CLIENT NAME, DATE, etc.):**

### GIVE FULL DESCRIPTION OF GOODS AND/OR SERVICES COMPLETED

**BUSINESS PURPOSES:**
Travel expenses to serve subpoena to Jordan Goetz, M.D. (see detailed invoice attached)

**AMOUNT:** $42.75

### SPECIAL PAYMENT/CHECK HANDLING INSTRUCTIONS

CHECK DUE DATE: _____  ENCLOSE ATTACHED DOCUMENT WITH CHECK: ☐ YES ☐ NO  ENCLOSURE CODE: _____

CHECK TO BE PICKED UP AT BURSAR'S OFFICE: ☐ YES ☐ NO
CONTACT PERSON: _____  PHONE: _____

JUSTIFICATION FOR PICK-UP: _____

| LEDGER | ACCOUNT | SUBCODE | AMOUNT | DEPARTMENT | MAIL CODE | FISCAL SERVICES APPROVAL |
|---|---|---|---|---|---|---|
| 2 | 15549 | | 42.75 | Legal | 3803 | |
| | | | | PREPARED BY: Kathy Bacon | PHONE: 679-1114 | |
| | | | | AUTHORIZED SIGNATURE/APPROVAL: *Kathy O. Bacon* | | |

Revised 6/1/00

# INVOICE - VOUCHER FOR GOODS OR SERVICES RENDERED TO THE STATE OF CONNECTICUT

STATE OF CONNECTICUT
OFFICE OF THE STATE COMPTROLLER
ACCOUNTS PAYABLE DIVISION

CO-17 REV. 3/98 (Stock No. 102-01)

**VENDOR: PLEASE COMPLETE BOTH COPIES OF THIS SET AND SEND BOTH TO AGENCY BILLING ADDRESS SHOWN ON PURCHASE ORDER.**

**00823128**

| (1) AGENCY NO. | (2) BATCH NO. | (3) DOC. TYPE | (4) DOCUMENT NO. 00823128 | (5) DOCUMENT AMOUNT $ |
| --- | --- | --- | --- | --- |
| (6) DOCUMENT DATE | (7) RECEIPT DATE | (8) COMM. NO. | (9) COMM. TYPE (10) COMM. AGCY. (11) LIQ. (12) RPT. TYPE | (13) VENDOR FEIN / SSN - SUFFIX 041344576 |

**VENDOR / PAYEE: FIELDS 13 THROUGH 22 AND 37 THRU 40 ARE MANDATORY FOR PAYMENT**

(14)
PAYEE: RICHARD J. ANDRIOLA
ADDRESS: P.O. BOX 982
CITY: GROTON  STATE: CT,  ZIP CODE: 06340

(15) ARE YOU INCORPORATED?  ☐ YES  ☒ NO

(16) ARE YOU A NON-PROFIT ORGANIZATION?  ☐ YES  ☒ NO

(18) GIVE FULL DESCRIPTION OF GOODS AND / OR SERVICES COMPLETED:

SUBPOENA
CASE # 3:00 CV 1934 (SRU)
TO: JORDAN GOETZ, M.D.
SERVICE — 30.00
TRAVEL - 3 TRIPS 30 MI × .365 — 10.95
COPY — 1.00
ENDORSEMENTS - 2   .80
SERVED ON 7-10-02

| (19) QUANTITY | (20) UNITS | (21) UNIT PRICE | (22) |
| --- | --- | --- | --- |
| 1 | 1 | 42.75 | $42.75 |

OK for payment
JDC ADS
7-19-02

(33) AGENCY NAME AND ADDRESS
RICHARD J. ANDRIOLA  CT. STATE MARSHAL
P.O. BOX 982
GROTON, CT. 06340

(34) COMMODITIES RECEIVED OR SERVICES RENDERED SIGNATURE

DISTRIBUTION: WHITE-COMPTROLLER  CANARY-AGENCY

Copy



# STATE OF CONNECTICUT
## BOARD OF GOVERNORS OF HIGHER EDUCATION

**HEALTH CENTER INVOICE**

**VENDOR PAYMENT VOUCHER (FORM CO-17)**

| DOCUMENT DATE | | ACCOUNT PAYABLE BATCH NUMBER |
|---|---|---|
| 06/28/2002 | | |

| DOCUMENT NO. | RECEIPT DATE | P.O./P.S.A. NO. | REF. TYPE | VENDOR FEIN/SSN | STATUS OF CITIZENSHIP |
|---|---|---|---|---|---|
| 0000280 | | | | | ☐ Citizen or Permanent Resident for Tax Purposes<br>☐ Non Resident Alien (Please attach Alien Information Collection Form) |

**VENDOR/PAYEE:** See attached - 6 individual checks

**DOCUMENT AMOUNT:** $351.69

**ADDRESS:** see attached

| CITY | STATE | ZIP |
|---|---|---|
| | | |

**VENDOR BILLING INFORMATION (e.g. VENDOR INVOICE NUMBER, CLIENT NAME, DATE, etc.):**

service of subpoenas

**GIVE FULL DESCRIPTION OF GOODS AND/OR SERVICES COMPLETED** | **AMOUNT**

BUSINESS PURPOSES:

Six (6) individual checks are needed in order for sheriffs to deliver subpoenas. Please see attached which describes that each person should receive $40.00 PLUS mileage which we have calculated - representing round trip to/from Farmington. Unfortunately, the assistant attorney general has no social security numbers

1. Mary E. Norris, M.D. = $50.95      5. Elizabeth Monahan, LMFT = $57.52
2. Ronald Bloom, M.D. = $50.95        6. Steven Kahn, M.D., = $57.52
3. Roy Kellerman, M.D. = $50.95
4. Jordan Goetz, M.D. = $83.80

(6) checks totaling $351.69

**SPECIAL PAYMENT/CHECK HANDLING INSTRUCTIONS**

CHECK DUE DATE: _____   ENCLOSE ATTACHED DOCUMENT WITH CHECK: ☐ YES  ☐ NO   ENCLOSURE CODE: _____

CHECK TO BE PICKED UP AT BURSAR'S OFFICE: ☑ YES  ☐ NO
CONTACT PERSON: Monica Smith       PHONE: x3954

JUSTIFICATION FOR PICK-UP: Need to mail to sheriffs ASAP

| LEDGER | ACCOUNT | SUBCODE | AMOUNT | DEPARTMENT | MAIL CODE | FISCAL SERVICES APPROVAL |
|---|---|---|---|---|---|---|
| 2 | 15549 | 2326 | 351.69 | Legal Affairs Office | 3800 | |
| | | | | PREPARED BY: Monica Smith | PHONE: 3954 | |
| | | | | AUTHORIZED SIGNATURE/APPROVAL: Monica Smith | | |

Revised 6/1/00

University of Connecticut Health Center    Farmington, Connecticut 06030-5332    Check No. 04-480863

| INVOICE NUMBER | PURCHASE ORDER # | | | INVOICE AMOUNT | DISCOUNT AMOUNT | PAID AMOUNT |
|---|---|---|---|---|---|---|
| WITNESS | R000007 | 0000280 | 2155492465 | 50.95 | | 50.95 G |
| | | | | | | |
| VEND # A0000039170 | | CK DATE 07/01/02 | TOTALS> | 50.95 | | 50.95 |

─────── REMOVE CHECK ALONG THIS PERFORATION ───────

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

University of Connecticut
Health Center
263 Farmington Avenue
Farmington, Connecticut 06030-5332

FLEET BANK
HARTFORD, CONN.

41-45
119

CHECK DATE 07/01/02

CHECK NO. 04-480863

PAY FIFTY DOLLARS AND 95 CENTS************************************

AMOUNT ******50.95

TO THE ORDER OF
RONALD BLOOM MD
COTTAGE GROVE CARDIOLOGY
702-A COTTAGE GROVE RD
BLOOMFIELD CT 06002

AUTHORIZED SIGNATURE

THIS IS WATERMARKED PAPER - DO NOT ACCEPT WITHOUT NOTING WATERMARK - HOLD AT AN ANGLE TO VERIFY WATERMARK

⑈480863⑈ ⑆011900445⑆ 0040 5346⑈

SEE REVERSE SIDE FOR OPENING INSTRUCTIONS

University of Connecticut
Health Center
263 Farmington Avenue
Farmington, Connecticut 06030-5332

IMPORTANT DATED DOCUMENT ENCLOSED

RONALD BLOOM MD
COTTAGE GROVE CARDIOLOGY
702-A COTTAGE GROVE RD
BLOOMFIELD CT 06002

University of Connecticut Health Center    Farmington, Connecticut 06030-5332    Check No.  04-480865

| INVOICE NUMBER | PURCHASE ORDER # | | | INVOICE AMOUNT | DISCOUNT AMOUNT | PAID AMOUNT |
|---|---|---|---|---|---|---|
| WITNESS | R000007 | 0000280 | 2155492465 | 83.80 | | 83.80 G |

| VEND # | A0000039190 | CK DATE | 07/01/02 | TOTALS | 83.80 | | 83.80 |

---REMOVE CHECK ALONG THIS PERFORATION---

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

University of Connecticut
Health Center
263 Farmington Avenue
Farmington, Connecticut 06030-5332

FLEETBANK
HARTFORD, CONN     51-44/119      CHECK DATE  07/01/02     CHECK NO.  04-480865

PAY  EIGHTY-THREE DOLLARS AND 80 CENTS ***********************     AMOUNT  ******83.80

TO THE ORDER OF:
JORDAN GOETZ MD
CONN HOLISTIC & FUTEGRATIVE
MEDICINE
1057 POQUONNOCK RD
BLOOMFIELD CT 06002


AUTHORIZED SIGNATURE

THIS IS WATERMARKED PAPER - DO NOT ACCEPT WITHOUT NOTING WATERMARK - HOLD AT AN ANGLE TO VERIFY WATERMARK

⑈480865⑈ ⑆011900445⑆ 0040 5346⑈

SEE REVERSE SIDE FOR OPENING INSTRUCTIONS

University of Connecticut
Health Center
263 Farmington Avenue
Farmington, Connecticut 06030-5332

IMPORTANT DATED DOCUMENT ENCLOSED

JORDAN GOETZ MD
CONN HOLISTIC & FUTEGRATIVE
MEDICINE
1057 POQUONNOCK RD
BLOOMFIELD CT 06002

University of Connecticut Health Center       Farmington, Connecticut 06030-5332       Check No.   04-480880

| INVOICE NUMBER | PURCHASE ORDER # | | | INVOICE AMOUNT | DISCOUNT AMOUNT | PAID AMOUNT |
|---|---|---|---|---|---|---|
| WITNESS | R000007 | 0000280 | 2155492465 | 57.52 | | 57.52 G |
| | | | | | | |
| VEND # | A0000039210 | CK DATE | 07/01/02 | TOTALS | 57.52 | | 57.52 |

─── REMOVE CHECK ALONG THIS PERFORATION ───

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

University of Connecticut
Health Center
263 Farmington Avenue
Farmington, Connecticut 06030-5332

FLEET BANK
HARTFORD, CONN

CHECK DATE 07/01/02          CHECK NO. 04-480880

PAY  FIFTY-SEVEN DOLLARS AND 52 CENTS ******************************       AMOUNT ******57.52

TO THE ORDER OF:
STEVEN KAHN MD
NEW ENGLAND HOLISTIC HC
155 SYCAMORE ST
GLASTONBURY CT 06033

AUTHORIZED SIGNATURE

THIS IS WATERMARKED PAPER - DO NOT ACCEPT WITHOUT NOTING WATERMARK - HOLD AT AN ANGLE TO VERIFY WATERMARK

⑈480880⑈ ⑆011900445⑆ 0040 5346⑈

SEE REVERSE SIDE FOR OPENING INSTRUCTIONS



University of Connecticut
Health Center
263 Farmington Avenue
Farmington, Connecticut 06030-5332

IMPORTANT DATED DOCUMENT ENCLOSED

STEVEN KAHN MD
NEW ENGLAND HOLISTIC HC
155 SYCAMORE ST
GLASTONBURY CT 06033

University of Connecticut Health Center  Farmington, Connecticut 06030-5332   Check No. 04-480864

| INVOICE NUMBER | PURCHASE ORDER # | | | INVOICE AMOUNT | DISCOUNT AMOUNT | PAID AMOUNT |
|---|---|---|---|---|---|---|
| WITNESS | R000007 | 0000280 | 2155492465 | 50.95 | | 50.95 G |

| VEND # | A0000039180 | CK DATE | 07/01/02 | TOTALS | 50.95 | | 50.95 |

— REMOVE CHECK ALONG THIS PERFORATION —

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

University of Connecticut
Health Center
263 Farmington Avenue
Farmington, Connecticut 06030-5332

FLEETBANK
HARTFORD, CONN   51-4/119   CHECK DATE 07/01/02   CHECK NO. 04-480864

PAY  FIFTY DOLLARS AND 95 CENTS ********************************

AMOUNT ****50.95

TO THE ORDER OF:
ROY KELLERMAN MD
PRIME HEALTHCARE PC
701 COTTAGE GROVE RD  STE F230
BLOOMFIELD CT 06002

AUTHORIZED SIGNATURE

THIS IS WATERMARKED PAPER - DO NOT ACCEPT WITHOUT NOTING WATERMARK - HOLD AT AN ANGLE TO VERIFY WATERMARK

⑆480864⑆ ⑈011900445⑈ 0040 5346⑉

SEE REVERSE SIDE FOR OPENING INSTRUCTIONS



University of Connecticut
Health Center
263 Farmington Avenue
Farmington, Connecticut 06030-5332

IMPORTANT DATED DOCUMENT ENCLOSED

ROY KELLERMAN MD
PRIME HEALTHCARE PC
701 COTTAGE GROVE RD  STE F230
BLOOMFIELD CT 06002

University of Connecticut Health Center        Farmington, Connecticut 06030-5332        Check No.   04-480879

| INVOICE NUMBER | PURCHASE ORDER # | | | INVOICE AMOUNT | DISCOUNT AMOUNT | PAID AMOUNT |
|---|---|---|---|---|---|---|
| WITNESS | R000007 | 0000280 | 2155492465 | 57.52 | | 57.52 G |

| VEND # | A0000039200 | CK DATE | 07/01/02 | TOTALS> | 57.52 | | 57.52 |

--- REMOVE CHECK ALONG THIS PERFORATION ---

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

University of Connecticut
Health Center
263 Farmington Avenue
Farmington, Connecticut 06030-5332

FLEETBANK
HARTFORD CONN

CHECK DATE   07/01/02
CHECK NO.   04-480879
AMOUNT   ******57.52

PAY   FIFTY-SEVEN DOLLARS AND 52 CENTS ************************

TO THE ORDER OF:
ELIZABETH MONAHAN LMFT
NEW ENGLAND HOLISTIC HC
155 SYCAMOORE ST
GLASTONBURY CT 06033

AUTHORIZED SIGNATURE

THIS IS WATERMARKED PAPER - DO NOT ACCEPT WITHOUT NOTING WATERMARK - HOLD AT AN ANGLE TO VERIFY WATERMARK

⑈480879⑈ ⑉011900445⑉ 0040 5346⑈

SEE REVERSE SIDE FOR OPENING INSTRUCTIONS

University of Connecticut
Health Center
263 Farmington Avenue
Farmington, Connecticut 06030-5332

IMPORTANT DATED DOCUMENT ENCLOSED

ELIZABETH MONAHAN LMFT
NEW ENGLAND HOLISTIC HC
155 SYCAMOORE ST
GLASTONBURY CT 06033