

# STATE OF CONNECTICUT
## BOARD OF GOVERNORS OF HIGHER EDUCATION

**HEALTH CENTER INVOICE**

**VENDOR PAYMENT VOUCHER (FORM CO-17)**

| DOCUMENT DATE | | | | | | ACCOUNTS PAYABLE BATCH NUMBER |
|---|---|---|---|---|---|---|
| 11/21/2003 | | | | | | |

| DOCUMENT NO. | RECEIPT DATE | P.O./P.S.A NO. | RPT TYPE | VENDOR FEIN/SSN | STATUS OF CITIZENSHIP |
|---|---|---|---|---|---|
| 0000055 | | | | 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 | ☐ Citizen or Permanent Resident for Tax Purposes<br>☐ Non Resident Alien (Please attach Alien Information Collection Form) |

**VENDOR/PAYEE:** Alex J. Zaniewski

**DOCUMENT AMOUNT:** $179.20

**ADDRESS:** P. O. Box 545

| CITY | STATE | ZIP |
|---|---|---|
| New Britain | CT | 06050 |

**VENDOR BILLING INFORMATION (e.g. VENDOR INVOICE NUMBER, CLIENT NAME, DATE; etc.)**

Invoice #01064223

**GIVE FULL DESCRIPTION OF GOODS AND/OR SERVICES COMPLETED** | **AMOUNT**

BUSINESS PURPOSES:

Fee for service of State Marshal to serve (5) subpoenas to individuals in the lawsuit of Retinella E. Bramwell vs UConn Health Center, et al
See attached for details

*note: Original Invoice retained by AAG Comerford for Court Records. Copy attached.*

$179.20

**SPECIAL PAYMENT/CHECK HANDLING INSTRUCTIONS:**

CHECK DUE DATE: _____  ENCLOSE ATTACHED DOCUMENT WITH CHECK: ☐ YES ☐ NO  ENCLOSURE CODE: _____

CHECK TO BE PICKED UP AT BURSAR'S OFFICE: ☐ YES ☐ NO
CONTACT PERSON: _____  PHONE: _____

JUSTIFICATION FOR PICK-UP: _____

| LEDGER | ACCOUNT | SUBCODE | AMOUNT | DEPARTMENT | MAIL CODE | FISCAL SERVICES APPROVAL |
|---|---|---|---|---|---|---|
| 2 | 15549 | | 179.20 | Legal | 3803 | |
| | | | | PREPARED BY | PHONE# | |
| | | | | Kathy Bacon | 679-1114 | |
| | | | | AUTHORIZED SIGNATURE/APPROVAL | | |
| | | | | *Kathryn O. Bacon* | | |

Revised 6/1/00

RENDERED TO THE STATE OF CONNECTICUT  
CO-17 REV. 3/98 (Stock No. 102-01)

OFFICE OF THE STATE COMPTROLLER  
ACCOUNTS PAYABLE DIVISION  
01064223

**VENDOR:** PLEASE COMPLETE BOTH COPIES OF THIS SET AND SEND BOTH TO **AGENCY BILLING ADDRESS** SHOWN ON PURCHASE ORDER.

| (1) AGENCY NO. | (2) BATCH NO. | (3) DOC. TYPE | (4) DOCUMENT NO. 01064223 | (5) DOCUMENT AMOUNT $ 179.20 |
|---|---|---|---|---|
| (6) DOCUMENT DATE | (7) RECEIPT DATE | (8) COMM. NO. | (9) COMM. TYPE | (10) COMM. AGCY. | (11) LIQ. | (12) RPT. TYPE | (13) VENDOR FEIN / SSN - SUFFIX 048 | 26 | 3848 |

VENDOR / PAYEE: FIELDS 13 THROUGH 22 AND 37 THRU 40 ARE MANDATORY FOR PAYMENT

(14)  
PAYEE: State Marshal  
PAYEE: Alex J. Zaniewski  
ADDRESS: P.O. Box 545  
ADDRESS: New Britain, ct. 06050  
CITY:    STATE:    ZIP CODE:

(15) ARE YOU INCORPORATED? ☐ YES ☒ NO  
(16) ARE YOU A NON - PROFIT ORGANIZATION? ☐ YES ☒ NO

(17) VENDOR BILLING INFORMATION - ONE LINE OF 52 CHARACTERS (E.G., VENDOR INVOICE NUMBER, CLIENT NAME, DATE, ETC. FOR RECONCILIATION OF VENDORS ACCOUNTS RECEIVABLE).

| (18) GIVE FULL DESCRIPTION OF GOODS AND / OR SERVICES COMPLETED | (19) QUANTITY | (20) UNITS | (21) UNIT PRICE | (22) AMOUNT |
|---|---|---|---|---|
| Service of process re: Subpoena In Re: Retinella E. Bramwell vs. University of Connecticut Health Center, Et Al ( Steven Kahn, M.D., Elizabeth Monahan, LMFT, Ronald J. Bloom, M.D., Mary E. Norris, M.D. and Roy Kellerman, M.D. ) | | | | |
| Pages | 8 | | $ 1.00 | $ 8.00 |
| Ends. | 8 | | .40 | 3.20 |
| Services | 5 | | 30.00 | 150.00 |
| Travel | 50 | | .36 | 18.00 |
| Total | | | | $ 179.20 |

ADates of Services:  
November 12, 2003

| (23) FULL LIQ. | (24) COMM. LINE NO. | (25) EXPENDED AMOUNT | (26) AGENCY | (27) COST CENTER FUND | SID | (28) OBJECT | AGENCY TAIL (29) FUNCTION | (30) ACTIVITY | (31) EXTENSION | (32) F.Y. |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |

(33) AGENCY NAME AND ADDRESS  
United States District Court  
915 Lafayette Blvd., Bridgeport

(34) COMMODITIES RECEIVED OR SERVICES RENDERED - SIGNATURE  
(35) RECEIVING REPORT NO.  (36) DATE(S) OF RECEIPT(S)

SHIPPING INFORMATION  
(37) DATE SHIPPED | (38) FROM - CITY / STATE | (39) VIA - CARRIER | (40) F.O.B.

DISTRIBUTION: WHITE-COMPTROLLER   CANARY -AGENCY



# STATE OF CONNECTICUT
## BOARD OF GOVERNORS OF HIGHER EDUCATION

◄ **HEALTH CENTER INVOICE** ►

**VENDOR PAYMENT VOUCHER (FORM CO-17)**

| DOCUMENT DATE | | | | | | ACCOUNTS PAYABLE BATCH NUMBER |
|---|---|---|---|---|---|---|
| 11/14/2003 | | | | | | |

| DOCUMENT NO. | RECEIPT DATE | P.O./P.S.A. NO | RPT TYPE | VENDOR FEIN/SSN | | STATUS OF CITIZENSHIP |
|---|---|---|---|---|---|---|
| 0000053 | | | | 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 XXX-XX-XXXX | | ☐ Citizen or Permanent Resident for Tax Purposes<br>☐ Non Resident Alien (Please attach Alien Information Collection Form) |

**VENDOR/PAYEE:** Jordan Goetz, M.D.

**DOCUMENT AMOUNT:** $49.28

**ADDRESS:** 1057 Poquonnock Road

| CITY | STATE | ZIP |
|---|---|---|
| Groton | CT | 06340 |

**VENDOR BILLING INFORMATION (e.g. VENDOR INVOICE NUMBER, CLIENT NAME, DATE, etc.)**

**GIVE FULL DESCRIPTION OF GOODS AND/OR SERVICES COMPLETED** — **AMOUNT**

BUSINESS PURPOSES:

Charges for subpoena service by Sheriff Neil Feinberg to Dr. Jordan Goetz in the matter of Retinella Bramwell v. University of Connecticut Health Center, State of CT Dept. of Corrections, Esther McIntosh and Karen Duffy-Wallace Case #3:00CV1934(SRU)
See attached for details

Note: Original invoice retained by Assistant Attorney General Jane Comerford to present to the Court.

$49.28

**SPECIAL PAYMENT/CHECK HANDLING INSTRUCTIONS:**

CHECK DUE DATE: _____    ENCLOSE ATTACHED DOCUMENT WITH CHECK: ☐ YES  ☐ NO    ENCLOSURE CODE: _____

CHECK TO BE PICKED UP AT BURSAR'S OFFICE:  ☐ YES  ☐ NO
  CONTACT PERSON: _____    PHONE: _____

JUSTIFICATION FOR PICK-UP: _____

| LEDGER | ACCOUNT | SUBCODE | AMOUNT | DEPARTMENT | MAIL CODE | FISCAL SERVICES APPROVAL |
|---|---|---|---|---|---|---|
| 2 | 15549 | 2340 | 49.28 | Legal Dept. | 3803 | |
| | | | | **PREPARED BY** | **PHONE#** | |
| | | | | Kathy Bacon | 679-1114 | |
| | | | | **AUTHORIZED SIGNATURE/APPROVAL** | | |
| | | | | *Kathryn O. Bacon* (signature) | | |

Revised 6/1/00

VANGUARD DIRECT
519 8th Ave., 23rd Fl., NYC, NY 10018
(212)736-0770 Fax(212)736-6828
VG# 720112-1 10/02   W-932310

# INVOICE - VOUCHER FOR GOODS OR SERVICES RENDERED TO THE STATE OF CONNECTICUT

CO-17 REV. 3/98 (Stock No. 102-01)

STATE OF CONNECTICUT
OFFICE OF THE STATE COMPTROLLER
ACCOUNTS PAYABLE DIVISION

**VENDOR:** PLEASE COMPLETE BOTH COPIES OF THIS SET AND SEND BOTH TO **AGENCY BILLING ADDRESS** SHOWN ON PURCHASE ORDER.

**01050923**

| (1) AGENCY NO. | (2) BATCH NO. | (3) DOC. TYPE | (4) DOCUMENT NO. 01050923 | (5) DOCUMENT AMOUNT $ |
| --- | --- | --- | --- | --- |
| (6) DOCUMENT DATE | (7) RECEIPT DATE | (8) COMM. NO. | (9) COMM. TYPE (10) COMM. AGCY. (11) LIQ. (12) RPT. TYPE | (13) VENDOR FEIN / SSN - SUFFIX 04 2124 2390 |

**VENDOR / PAYEE:** FIELDS 13 THROUGH 22 AND 37 THRU 40 ARE MANDATORY FOR PAYMENT

(14)
PAYEE: **STATE MARSHAL**
PAYEE: Neil Feinberg
ADDRESS: 849 Chesterfield
ADDRESS: Oakdale, CT. 06370
CITY:    STATE:    ZIP CODE:

(15) ARE YOU INCORPORATED?  ☐ YES  ☒ NO
(16) ARE YOU A NON - PROFIT ORGANIZATION?  ☐ YES  ☒ NO

(17) VENDOR BILLING INFORMATION - ONE LINE OF 52 CHARACTERS (E.G., VENDOR INVOICE NUMBER, CLIENT NAME; DATE, ETC, FOR RECONCILIATION OF VENDORS ACCOUNTS RECEIVABLE).

(18) GIVE FULL DESCRIPTION OF GOODS AND / OR SERVICES COMPLETED

SERVED SUBPOENA 11/10/03
To: JORDON GOETZ M.D.
1057 POQUONNOCK RD.
GROTON, CT. 06340

| (19) QUANTITY | (20) UNITS | (21) UNIT PRICE | (22) AMOUNT |
| --- | --- | --- | --- |
| 1 | DIER | 30.00 | 30.00 |
| 1 | PAGR | 1.00 | 1.00 |
| 2 | ENO | .40 | .80 |
| 43 | MILN | .36 | 15.48 |
| | WITNESS FEE | | 2.00 |
| | | | 49.28 |

Sen Ven 11/10/03
[signature]

| (23) FULL LIQ. | (24) COMM. LINE NO. | (25) EXPENDED AMOUNT | (26) AGENCY | (27) COST CENTER FUND / SID | (28) OBJECT | AGENCY TAIL (29) FUNCTION / (30) ACTIVITY / (31) EXTENSION | (32) F.Y. |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | | | |

(33) AGENCY NAME AND ADDRESS
OFFICE OF THE ATTORNEY GENERAL
263 FARMINGTON AVE
FARMINGTON, CONN 06030-3603

Approved [signature] AAG 11-14-03

(34) COMMODITIES RECEIVED OR SERVICES RENDERED - SIGNATURE
(35) RECEIVING REPORT NO.    (36) DATE(S) OF RECEIPT(S)

**SHIPPING INFORMATION**

(37) DATE SHIPPED: 11/10/03
(38) FROM - CITY / STATE: FARMINGTON CT
(39) VIA - CARRIER:
(40) F.O.B.:

DISTRIBUTION: WHITE-COMPTROLLER



# STATE OF CONNECTICUT
## BOARD OF GOVERNORS OF HIGHER EDUCATION

### ◄ HEALTH CENTER INVOICE ►

**VENDOR PAYMENT VOUCHER (FORM CO-17)**

| DOCUMENT DATE | | ACCOUNTS PAYABLE BATCH NUMBER |
|---|---|---|
| 11/13/2003 | | |

| DOCUMENT NO. | RECEIPT DATE | P.O./F.S.A. NO. | RPT. TYPE | VENDOR FEIN/SSN | STATUS OF CITIZENSHIP |
|---|---|---|---|---|---|
| 0000052 | | | | | ☐ Citizen or Permanent Resident for Tax Purposes<br>☐ Non Resident Alien (Please attach Alien Information Collection Form) |

**VENDOR/PAYEE:** See Attached List - 5 Individual Check Requests

**DOCUMENT AMOUNT:** ERROR

**ADDRESS:** see Attached

| CITY | STATE | ZIP |
|---|---|---|
| | | |

**VENDOR BILLING INFORMATION (e.g. VENDOR INVOICE NUMBER, CLIENT NAME, DATE, etc.)**

Subpoena Service by Sheriff Zaniewski

**GIVE FULL DESCRIPTION OF GOODS AND/OR SERVICES COMPLETED** — **AMOUNT**

**BUSINESS PURPOSES:**

Five (5) individual checks are requested for subpoena service by Sheriff Zaniewski. Attached list provides the individual names and amount of check for each individual which is round trip mileage calculated from the individuals place of business to the federal court in Bridgeport. Unfortunately, the Assistant Attorney General is unable to provide Social Security number for these individuals. Retinella Bramwell vs. University of Connecticut Health Center, State of CT Dept of Correction, Esther McIntosh and Karen Duffy-Wallace. Case #00CVC1934(SRU)
Total Amount of (5) checks
SEE ATTACHED LIST FOR DETAILS -

$267.80

**SPECIAL PAYMENT/CHECK HANDLING INSTRUCTIONS**

CHECK DUE DATE: _____ ENCLOSE ATTACHED DOCUMENT WITH CHECK: ☐ YES ☐ NO  ENCLOSURE CODE: _____

CHECK TO BE PICKED UP AT BURSAR'S OFFICE: ☑ YES ☐ NO
CONTACT PERSON: Kathy Bacon    PHONE: 679-1114

JUSTIFICATION FOR PICK-UP: Urgent - Legal Issue ASAP

| LEDGER | ACCOUNT | SUBCODE | AMOUNT | DEPARTMENT | MAIL CODE | FISCAL SERVICES APPROVAL |
|---|---|---|---|---|---|---|
| 2 | 15549 | | 267.89 | Legal | 3803 | |
| | | | | PREPARED BY | PHONE# | |
| | | | | Kathy Bacon | 1114 | |

**AUTHORIZED SIGNATURE/APPROVAL**
*Kathryn O. Bacon*

Revised 6/1/00

University of Connecticut Health Center    Farmington, Connecticut 06030-5332    Check No.    611512

| INVOICE NUMBER | PURCHASE ORDER # | | | INVOICE AMOUNT | DISCOUNT AMOUNT | PAID AMOUNT |
|---|---|---|---|---|---|---|
| 00CVC1934 | R000010 | 0000052 | 2155492340 | 50.95 | | 50.95 |

| VEND # | T0000044140 | CK DATE | 11/12/03 | TOTALS» | 50.95 | | 50.95 |

For all inquiries, call Accounts Payable (860) 679-3264

──────── REMOVE CHECK ALONG THIS PERFORATION ────────

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER



University of Connecticut Health Center
263 Farmington Avenue
Farmington, Connecticut 06030-5332

PAY  FIFTY DOLLARS AND NINETY FIVE CENTS

TO THE ORDER OF:
MARY E. NORRIS, M.D.
CORPORATE CROSSING ONE
STE 201, 580 COTTAGE GROVE RD.
BLOOMFIELD CT 06002

CHECK DATE 11/12/03    CHECK NO. 611512    AMOUNT $50.95

THIS IS WATERMARKED PAPER - DO NOT ACCEPT WITHOUT NOTING WATERMARK - HOLD AT AN ANGLE TO VERIFY WATERMARK

⑆611512⑆ ⑈011900445⑈ 0040 5346⑆

SEE REVERSE SIDE FOR OPENING INSTRUCTIONS

University of Connecticut
Health Center
263 Farmington Avenue
Farmington, Connecticut 06030-5332

IMPORTANT DATED DOCUMENT ENCLOSED

MARY E. NORRIS, M.D.
CORPORATE CROSSING ONE
STE 201, 580 COTTAGE GROVE RD.
BLOOMFIELD CT 06002

University of Connecticut Health Center        Farmington, Connecticut 06030-5332        Check No.   611513

| INVOICE NUMBER | PURCHASE ORDER # | | | INVOICE AMOUNT | DISCOUNT AMOUNT | PAID AMOUNT |
|---|---|---|---|---|---|---|
| 00CVC1934 | R000010 | 0000052 | 2155492340 | 50.95 | | 50.95 |

| VEND # | T0000044150 | CK DATE | 11/12/03 | TOTALS> | 50.95 | | 50.95 |

For all inquiries, call Accounts Payable (860) 679-3264

─────────── REMOVE CHECK ALONG THIS PERFORATION ───────────

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

University of Connecticut Health Center
263 Farmington Avenue
Farmington, Connecticut 06030-5332

FLEET BANK
HARTFORD, CONN

CHECK DATE  11/12/03
CHECK NO.  611513
AMOUNT  50.95

PAY  FIFTY DOLLARS AND NINETY FIVE CENTS

TO THE ORDER OF:
RONALD BLOOM, M.D.
COTTAGE GROVE CARDIOLOGY
702-A COTTAGE GROVE ROAD
BLOOMFIELD CT 06002

AUTHORIZED SIGNATURE

THIS IS WATERMARKED PAPER - DO NOT ACCEPT WITHOUT NOTING WATERMARK - HOLD AT AN ANGLE TO VERIFY WATERMARK

⑆611513⑆ ⑈011900445⑈ 0040 5346⑈

SEE REVERSE SIDE FOR OPENING INSTRUCTIONS



University of Connecticut
Health Center
263 Farmington Avenue
Farmington, Connecticut 06030-5332

IMPORTANT DATED DOCUMENT ENCLOSED

RONALD BLOOM, M.D.
COTTAGE GROVE CARDIOLOGY
702-A COTTAGE GROVE ROAD
BLOOMFIELD CT 06002

Case 3:00-cv-01934-SRU    Document 62-3    Filed 12/09/2003    Page 8 of 11

| University of Connecticut Health Center | | | Farmington, Connecticut 06030-5332 | | | Check No. 611514 |
|---|---|---|---|---|---|---|
| INVOICE NUMBER | PURCHASE ORDER # | | | INVOICE AMOUNT | DISCOUNT AMOUNT | PAID AMOUNT |
| 00CVC1934 | R000010 | 0000052 | 2155492340 | 50.95 | | 50.95 |
| VEND # | T0000044160 | CK DATE | 11/12/03 | TOTALS> 50.95 | | 50.95 |

For all inquiries, call Accounts Payable (860) 679-3264

———REMOVE CHECK ALONG THIS PERFORATION———



"611514"  :011900445:  0040 5346"

SEE REVERSE SIDE FOR OPENING INSTRUCTIONS

University of Connecticut
Health Center
263 Farmington Avenue
Farmington, Connecticut 06030-5332

IMPORTANT DATED DOCUMENT ENCLOSED

ROY KELLERMAN, M.D.
PRIME HEALTH CARE, P.C.
701 COTTAGE GROVE RD.STE F230
BLOOMFIELD CT 06002

University of Connecticut Health Center        Farmington, Connecticut 06030-5332        Check No.    611515

| INVOICE NUMBER | PURCHASE ORDER # | | | INVOICE AMOUNT | DISCOUNT AMOUNT | PAID AMOUNT |
|---|---|---|---|---|---|---|
| 00CVC1934 | R000010 | 0000052 | 2155492340 | 57.52 | | 57.52 |

| VEND # | T0000044170 | CK DATE | 11/12/03 | TOTALS> | 57.52 | | 57.52 |

For all inquiries, call Accounts Payable (860) 679-3264

── REMOVE CHECK ALONG THIS PERFORATION ──

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

University of Connecticut
Health Center
263 Farmington Avenue
Farmington, Connecticut 06030-5332

FLEET BANK
HARTFORD, CONN

CHECK DATE  11/12/03        CHECK NO.  611515
AMOUNT  $57.52

PAY: FIFTY SEVEN DOLLARS AND FIFTY TWO CENTS********************

TO THE ORDER OF:
ELIZABETH MANAHAN, LMFT
NEW ENGLAND HOLISTIC
HEALTH CENTER, 155 SYCAMORE ST
GLASTONBURY CT 06033

AUTHORIZED SIGNATURE

THIS IS WATERMARKED PAPER - DO NOT ACCEPT WITHOUT NOTING WATERMARK - HOLD AT AN ANGLE TO VERIFY WATERMARK

⑈611515⑈  ⑆011900445⑆  0040  5346⑈

SEE REVERSE SIDE FOR OPENING INSTRUCTIONS

University of Connecticut
Health Center
263 Farmington Avenue
Farmington, Connecticut 06030-5332

IMPORTANT DATED DOCUMENT ENCLOSED

ELIZABETH MANAHAN, LMFT
NEW ENGLAND HOLISTIC
HEALTH CENTER, 155 SYCAMORE ST
GLASTONBURY CT 06033

HCA-618 (REV. 3/03)

University of Connecticut Health Center     Farmington, Connecticut 06030-5332     Check No.    611516

| INVOICE NUMBER | PURCHASE ORDER # | | | INVOICE AMOUNT | DISCOUNT AMOUNT | PAID AMOUNT |
|---|---|---|---|---|---|---|
| 00CVC1934 | R000010 | 0000052 | 2155492340 | 57.52 | | 57.52 |
| VEND # | T0000044180 | CK DATE | 11/12/03 | TOTALS | 57.52 | | 57.52 |

For all inquiries, call Accounts Payable (860) 679-3264

---REMOVE CHECK ALONG THIS PERFORATION---

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

University of Connecticut Health Center
263 Farmington Avenue
Farmington, Connecticut 06030-5332

FLEET BANK
HARTFORD, CONN

CHECK DATE  11/12/03
CHECK NO  611516
AMOUNT  57.52

PAY  FIFTY SEVEN DOLLARS AND FIFTY TWO CENTS

TO THE ORDER OF:
STEVEN KAHN, M.D.
NEW ENGLAND HOLISTIC
HEALTH CENTER, 155 SYCAMORE ST
GLASTONBURY CT 06033

AUTHORIZED SIGNATURE

THIS IS WATERMARKED PAPER · DO NOT ACCEPT WITHOUT NOTING WATERMARK · HOLD AT AN ANGLE TO VERIFY WATERMARK

⑈611516⑈ ⑆011900445⑆ 0040 5346⑈

SEE REVERSE SIDE FOR OPENING INSTRUCTIONS

University of Connecticut
Health Center
263 Farmington Avenue
Farmington, Connecticut 06030-5332

IMPORTANT DATED DOCUMENT ENCLOSED

STEVEN KAHN, M.D.
NEW ENGLAND HOLISTIC
HEALTH CENTER, 155 SYCAMORE ST
GLASTONBURY CT 06033



# STATE OF CONNECTICUT
## BOARD OF GOVERNORS OF HIGHER EDUCATION

SEP 16 2002

### HEALTH CENTER INVOICE
#### VENDOR PAYMENT VOUCHER (FORM CO-17)

| DOCUMENT DATE | | | | | | ACCOUNTS PAYABLE BATCH NUMBER |
|---|---|---|---|---|---|---|
| 09/11/2002 | | | | | | |

| DOCUMENT NO. | RECEIPT DATE | P.O./P.S.A. NO. | RPT TYPE | VENDOR FEIN/SSN | STATUS OF CITIZENSHIP |
|---|---|---|---|---|---|
| 0000260 | | 10 | | 06-1448649 | ☐ Citizen or Permanent Resident for Tax Purposes<br>☐ Non Resident Alien (Please attach Alien Information Collection Form) |

**VENDOR/PAYEE:** Brandon Smith Reporting Service, LLC

**ADDRESS:** 11-A Capitol Avenue

**CITY:** Hartford   **STATE:** CT   **ZIP:** 06106

**VENDOR BILLING INFORMATION** (e.g. VENDOR INVOICE NUMBER, CLIENT NAME, DATE, #c )

**GIVE FULL DESCRIPTION OF GOODS AND/OR SERVICES COMPLETED**   **AMOUNT**

BUSINESS PURPOSES:
**Bramwell v UConn Health Center #3:00CV1934(SRU)**
Deposition - Elizabeth Monahan  8/07/02  Invoice #774rr   $378.75
Deposition - Steven Kahn, M.D.  8/07/02  Invoice #775rr   $221.20
Deposition - Jordan Goetz, M.D.  8/14/02  Invoice #981rr   $387.05
Deposition-Mary E. Norris 8/6/02  Invoice #677rr $292.25

$1,279.25

**SPECIAL PAYMENT/CHECK HANDLING INSTRUCTIONS**

CHECK DUE DATE: _____   ENCLOSE ATTACHED DOCUMENT WITH CHECK: ☐ YES ☐ NO   ENCLOSURE CODE: ____

CHECK TO BE PICKED UP AT BURSAR'S OFFICE: ☐ YES ☐ NO
CONTACT PERSON: _____   PHONE: _____

JUSTIFICATION FOR PICK-UP: _____

U.C.H.C. ACCOUNTS PAYABLE 2002 SEP 12

| LEDGER | ACCOUNT | SUBCODE | AMOUNT | DEPARTMENT | MAIL CODE | FISCAL SERVICES APPROVAL |
|---|---|---|---|---|---|---|
| 2 | 15549 | | 987.00 | Legal Dept. | 3800 | |
| | | | | PREPARED BY | PHONE# | |
| | | | | Kathy Bacon | 679-1113 | |

AUTHORIZED SIGNATURE/APPROVAL

*Kathryn O. Bacon*  9/10/02

Revised 6/1/00