# Brandon Smith Reporting Service, LLC

## Case Invoice

| | |
|---|---|
| **Date** | |
| 8/21/2002 | |

11-A Capitol Avenue
Hartford, CT 06106
Phone: (860) 549-1850     Fax: (860) 549-1537

Jane D. Comerford
Attorney General
University of Connecticut Health Center-LM043
263 Farmington Ave.
Farmington, CT 06030

**Phone** (860) 679-1114
**Fax**

### Bramwell vs UConn Health Center 3:00CV1934(SRU)

| Invoice # | Claim No | File No | Billed | Paid | Witness | | Job Date | |
|---|---|---|---|---|---|---|---|---|
| 774rr | | | 8/21/2002 | | Monahan, Elizabeth, LMFT | | 8/7/2002 | |
| | Original and Two | | | | | | 81 | $303.75 |
| | Appearance | | | | | | 1 | $75.00 |
| | | | | | | | Amount Paid | $0.00 |
| | | | | | | | Amount Due | $378.75 |
| 775rr | | | 8/21/2002 | | Kahn, Steven, M.D. | | 8/7/2002 | |
| | Attorney General | | | | | | 56 | $221.20 |
| | | | | | | | Amount Paid | $0.00 |
| | | | | | | | Amount Due | $221.20 |
| | | | | | | | **Case Balance** | **$599.95** |

Fed. I.D. # 06-1448649

*We accept Mastercard, Visa and American Express.*

Approved
Jane? Comerford
8-30-02

*[handwritten left margin: "original dep x 1"]*

# Brandon Smith Reporting Service, LLC

**Invoice**

11-A Capitol Avenue
Hartford, CT 06106
Phone: (860) 549-1850    Fax: (860) 549-1537

| Invoice Date | Invoice # |
|---|---|
| Friday, August 16, 2002 | 677rr |

Jane D. Comerford
Attorney General
University of Connecticut Health Center-LM043
263 Farmington Ave.
Farmington, CT 06030

Phone:    (860) 679-1114    Fax:

| | |
|---|---|
| **Witness:** | Norris, Mary E., M.D. |
| **Case:** | Bramwell vs UConn Health Center |
| **Venue:** | |
| **Case #:** | 3:00CV1934(SRU) |
| **Date:** | 8/6/2002 |
| **Start Time:** | 4:00 PM |
| **End Time:** | 5:00 PM |
| **Reporter:** | Jill Hudon |
| **Claim #:** | |
| **File #:** | 708ss |

| Item | Description | Each | Quan | Total |
|---|---|---|---|---|
| AG-O2 | Attorney General | $3.95 | 55 | $217.25 |
| Ag-APP | Attorney General-Appearance | $75.00 | 1 | $75.00 |
| | | Sub Total | | $292.25 |
| | | Payments | | $0.00 |
| | | Balance Due | | $292.25 |

Fed. I.D. # 06-1448649
*We accept Mastercard, Visa and American Express.*

Approved
Jane D. Comerford, AAG
8-22-02

# Brandon Smith Reporting Service, LLC

**Invoice**

11-A Capitol Avenue
Hartford, CT 06106
Phone: (860) 549-1850    Fax: (860) 549-1537

| Invoice Date | Invoice # |
|---|---|
| Wednesday, September 04, 2002 | 981rr |

Jane D. Comerford
Attorney General
University of Connecticut Health Center-LM043
263 Farmington Ave.
Farmington, CT 06030

Phone:    (860) 679-1114    Fax:

| | |
|---|---|
| Witness: | Goetz, Jordan, M.D. |
| Case: | Bramwell vs UConn Health Center |
| Venue: | |
| Case #: | 3:00CV1934(SRU) |
| Date: | 8/14/2002 |
| Start Time: | 1:30 PM |
| End Time: | :0 |
| Reporter: | Michele Clifford |
| Claim #: | |
| File #: | 706ss |

| Description | Quan | Total |
|---|---|---|
| Attorney General | 79 | $312.05 |
| Attorney General-Appearance | 1 | $75.00 |
| Sub Total | | $387.05 |
| Payments | | $0.00 |
| Balance Due | | $387.05 |

*Approved
Jane D.
Comerford
9-9-0-*

Fed. I.D. # 06-1448649
**We accept Mastercard, Visa and American Express.**



# STATE OF CONNECTICUT
## BOARD OF GOVERNORS OF HIGHER EDUCATION

**HEALTH CENTER INVOICE**

**VENDOR PAYMENT VOUCHER (FORM CO-17)**

| DOCUMENT DATE | | | | | | ACCOUNTS PAYABLE BATCH NUMBER |
|---|---|---|---|---|---|---|
| 10/07/2002 | | | | | | |

| DOCUMENT NO. | RECEIPT DATE | P.O./P.S.A. NO | RPT TYPE | VENDOR FEIN/SSN | STATUS OF CITIZENSHIP |
|---|---|---|---|---|---|
| 0000242 | | | | 06-1448649 | ☐ Citizen or Permanent Resident for Tax Purposes<br>☐ Non Resident Alien (Please attach Alien Information Collection Form) |

**VENDOR/PAYEE**

Brandon Smith Reporting Service, LLC

**DOCUMENT AMOUNT: $317.00**

**ADDRESS**

11-A Capitol Avenue

| CITY | STATE | ZIP |
|---|---|---|
| Hartford | CT | 06106 |

**VENDOR BILLING INFORMATION (e.g. VENDOR INVOICE NUMBER, CLIENT NAME, DATE, etc.)**

**GIVE FULL DESCRIPTION OF GOODS AND/OR SERVICES COMPLETED** | **AMOUNT**

BUSINESS PURPOSE   Deposition of Roy Kellerman, M.D. regarding the case of

Retinella E. Bramwell v. University of Connecticut Health Center, State of Connecticut Department of Correction, Esther McIntosh and Karen Duffy-Wallace

$317.00

**SPECIAL PAYMENT/CHECK HANDLING INSTRUCTIONS**

CHECK DUE DATE: _____   ENCLOSE ATTACHED DOCUMENT WITH CHECK: ☐ YES ☐ NO   ENCLOSURE CODE: _____

CHECK TO BE PICKED UP AT BURSAR'S OFFICE:   ☐ YES   ☐ NO
CONTACT PERSON: _____   PHONE: _____

JUSTIFICATION FOR PICK-UP: _____

| LEDGER | ACCOUNT | SUBCODE | AMOUNT | DEPARTMENT | MAIL CODE | FISCAL SERVICES APPROVAL |
|---|---|---|---|---|---|---|
| 2 | 15549 | | 317.00 | Legal Department | 3803 | |
| | | | | **PREPARED BY** | **PHONE #** | |
| | | | | Kathy Bacon | 679-1114 | |
| | | | | **AUTHORIZED SIGNATURE/APPROVAL** | | |

Revised 6/1/00

11-A Capitol Avenue
Hartford, CT 06106
Phone: (860) 549-1850   Fax: (860) 549-1537

Thursday, September 26, 2002   1341rr

Jane D. Comerford
Attorney General
University of Connecticut Health Center-LM043
263 Farmington Ave.
Farmington, CT 06030

Phone:   (860) 679-1114   Fax:

| | |
|---|---|
| Witness: | Kellerman, Roy M.D. |
| Case: | Bramwell vs UConn Health Center |
| Venue: | |
| Case #: | 3:00CV1934(SRU) |
| Date: | 9/12/2002 |
| Start Time: | 9:00 AM |
| End Time: | : 0 |
| Reporter: | Sarah Najemy |
| Claim #: | |
| File #: | 705ss |

| Description | Quan | Total |
|---|---|---|
| Attorney General | 60 | $237.00 |
| Appearance | 1 | $80.00 |
| | 1 | $0.00 |
| Sub Total | | $317.00 |
| Payments | | $0.00 |
| Balance Due | | $317.00 |

Fed. I.D. # 06-1448649
We accept Mastercard, Visa and American Express.

*Approved*
*Jane D. Comerford, AAG*
*9-30-02*

Case 3:00-cv-01934-SRU   Document 62-4   Filed 12/09/2003   Page 6 of 13



# STATE OF CONNECTICUT
## BOARD OF GOVERNORS OF HIGHER EDUCATION

### ◄ HEALTH CENTER INVOICE ►

**VENDOR PAYMENT VOUCHER (FORM CO-17)**

| DOCUMENT DATE | | | | | | ACCOUNTS PAYABLE BATCH NUMBER |
|---|---|---|---|---|---|---|
| 10/07/2002 | | | | | | |

| DOCUMENT NO. | RECEIPT DATE | P.O./P.S.A. NO. | RPT TYPE | VENDOR FEIN/SSN | STATUS OF CITIZENSHIP |
|---|---|---|---|---|---|
| 0000241 | | | | 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 | ☐ Citizen or Permanent Resident for Tax Purposes<br>☐ Non Resident Alien (Please attach Alien Information Collection Form) |

**VENDOR/PAYEE:** Susan K. Whitt, RPR, LSR

**DOCUMENT AMOUNT:** ERROR

**ADDRESS:** 16 Wood Creek Road

| CITY | STATE | ZIP |
|---|---|---|
| Burlington | CT | 06013-1903 |

**VENDOR BILLING INFORMATION (e.g. VENDOR INVOICE NUMBER, CLIENT NAME, DATE, etc.):**

**GIVE FULL DESCRIPTION OF GOODS AND/OR SERVICES COMPLETED**

**BUSINESS PURPOSES:**
Reimbursement for Copy of Transcript of Deposition of H. Wayne Carver II, M.D. Sept. 17, 2002
Retinella E. Bramwell v. University of Connecticut Health Center, State of Connecticut
Department of Correction, Esther McIntosh and Karen Duffy-Wallace

**AMOUNT:** $134.00

**SPECIAL PAYMENT/CHECK HANDLING INSTRUCTIONS**

CHECK DUE DATE: _____  ENCLOSE ATTACHED DOCUMENT WITH CHECK: ☐ YES  ☐ NO  ENCLOSURE CODE: _____

CHECK TO BE PICKED UP AT BURSAR'S OFFICE:  ☐ YES  ☐ NO
CONTACT PERSON: _____  PHONE: _____

JUSTIFICATION FOR PICK-UP: _____

| LEDGER | ACCOUNT | SUBCODE | AMOUNT | DEPARTMENT | MAIL CODE | FISCAL SERVICES APPROVAL |
|---|---|---|---|---|---|---|
| 2 | 15549 | | 134.60 | Legal Department | 3803 | |
| | | | | PREPARED BY: Kathy Bacon | PHONE #: 679-1114 | |
| | | | | AUTHORIZED SIGNATURE/APPROVAL: *[signature]* | | |

Revised 6/1/00

Susan R. Whitt, RPR, LSR
Shorthand Reporter License No. 1
16 Wood Creek Road
Burlington, Connecticut 06013-1903

Telephone: (860) 673-1206    Tax ID: 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    Facsimile: (860) 673-6012

September 30, 2002

Jane D. Comerford, Esq.
Assistant Attorney General
University of Connecticut Health Center
Room LM 043
Farmington, Connecticut 06030-3803

Re:  Civil Action No. 3:00 CV 1934 (SRU)
     RETINELLA E. BRAMWELL v. UNIVERSITY OF CONNECTICUT
     HEALTH CENTER, STATE OF CONNECTICUT DEPARTMENT OF
     CORRECTION, ESTHER McINTOSH AND KAREN DUFFY-WALLACE
     Deposition of H. Wayner Carver II, September 17, 2002

| | |
|---|---:|
| Copy of Transcript of Deposition of H. WAYNE CARVER II, M.D. | $ 129.60 |
| 6% Connecticut Sales & Use Tax | N/A |
| Shipping & Handling | 5.00 |
| **TOTAL** | **$ 134.60** |

Approved
Jane D. Comerford, AAG
10-7-02

*Kathy 679-1114*
*From: Nancy*

# Brandon Smith Reporting Service, LLC                                    Invoice

44 Capitol Avenue
Suite 203
Hartford, CT 06106
Phone: (860) 549-1850    Fax: (860) 549-1537

| Invoice Date | Invoice # |
|---|---|
| Thursday, January 02, 2003 | 639ss |

Jane D. Comerford
Attorney General
University of Connecticut Health Center-LM043
263 Farmington Ave.
Farmington, CT 06030

| | |
|---|---|
| Phone: | (860) 679-1114    Fax: |
| Witness: | Bloom, Ronald, M.D. |
| Case: | Bramwell vs UConn Health Center |
| Venue: | |
| Case #: | 3:00CV1934(SRU) |
| Date: | 12/18/2002 |
| Start Time: | 1:00 PM |
| End Time: | :0 |
| Reporter: | Judy Freer |
| Claim #: | |
| File #: | 709ss |

| Description | Quan | Total |
|---|---|---|
| Attorney General | 43 | $169.85 |
| Attorney General-Appearance | 1 | $75.00 |
| Sub Total | | $244.85 |
| Payments | | $244.85 |
| Balance Due | | $0.00 |

*Thank-you!*

Fed. I.D. # 06-1448649
*We accept Visa, Mastercard and American Express!*

**Brandon Smith Reporting Service, LLC**                                        Invoice

44 Capitol Avenue
Suite 203
Hartford, CT 06106
Phone: (860) 549-1850     Fax: (860) 549-1537

| Invoice Date | Invoice # |
|---|---|
| Thursday, January 02, 2003 | 539ss |

Jane D. Comerford
Attorney General
University of Connecticut Health Center-LM043
263 Farmington Ave.
Farmington, CT 06030

Phone:    (860) 679-1114    Fax:

| | |
|---|---|
| **Witness:** | Bloom, Ronald, M.D. |
| **Case:** | Bramwell vs UConn Health Center |
| **Venue:** | |
| **Case #:** | 3:00CV1934(SRU) |
| **Date:** | 12/18/2002 |
| **Start Time:** | 1:00 PM |
| **End Time:** | : 0 |
| **Reporter:** | Judy Freer |
| **Claim #:** | |
| **File #:** | 709ss |

| Description | Quan | Total |
|---|---|---|
| Attorney General | 43 | $169.85 |
| Attorney General-Appearance | 1 | $75.00 |
| Sub Total | | $244.85 |
| Payments | | $0.00 |
| Balance Due | | $244.85 |

Fed. I.D. # 06-1448649
We accept American Express, Visa and Master card

② 



# STATE OF CONNECTICUT
## BOARD OF GOVERNORS OF HIGHER EDUCATION

**HEALTH CENTER INVOICE**

**VENDOR PAYMENT VOUCHER (FORM CO-17)**

**DOCUMENT DATE:** 10/02/01

**ACCOUNTS PAYABLE BATCH NUMBER:**

| DOCUMENT NO. | RECEIPT DATE | P.O./P&A NO. | RPT TYPE | VENDOR TAX/SSN | STATUS OF CITIZENSHIP |
|---|---|---|---|---|---|
| ~~238~~ 0000238 | | 10 | | 06-0978735 | ☐ Citizen or Permanent Resident for Tax Purposes<br>☐ Non Resident Alien (Please attach Alien Information Collection Form) |

**VENDOR/PAYEE:** Falzarano Court Reporters

**DOCUMENT AMOUNT:** $339.60

**ADDRESS:** 117 North Saddle Ridge

| CITY | STATE | ZIP |
|---|---|---|
| West Simsbury | CT | 06092 |

**VENDOR BILLING INFORMATION:**

~~Invoice #10585 $69.60~~ & Invoice #10647 $339.60

**BUSINESS PURPOSES:**

~~Deposition of Retinella Bramwell (July 17, 2001)~~  ~~$69.60~~
~~(See attached invoice for details of charges)~~
*already paid per Document #0000431, reference check #01-434744, dated 8/13/01*

Deposition of Retinella Bramwell (July 30, 2001)   $339.60
(See attached invoice for details of charges)

**Total**   ~~$409.20~~

**SPECIAL PAYMENT/CHECK HANDLING INSTRUCTIONS**

CHECK DUE DATE: _____   ENCLOSE ATTACHED DOCUMENT WITH CHECK: ☐ YES ☐ NO   ENCLOSURE CODE: _____

CHECK TO BE PICKED UP AT BURSAR'S OFFICE: ☐ YES ☐ NO
CONTACT PERSON: _____   PHONE: _____

JUSTIFICATION FOR PICK-UP: _____

| LEDGER | ACCOUNT | SUBCODE | AMOUNT | DEPARTMENT | MAIL CODE | FISCAL SERVICES APPROVAL |
|---|---|---|---|---|---|---|
| 2 | 15549 | 2301 ~~2326~~ | $339.60 ~~$409.20~~ | Legal Affairs | 3803 | |
| | | | | PREPARED BY: Kathy Bacon | PHONE#: X1114 | |

AUTHORIZED SIGNATURE/APPROVAL: *Kathryn O. Bacon*

Revised 6/1/00

5170 9

# Falzarano Court Reporters

117 North Saddle Ridge
West Simsbury, CT 06092
860.651.0258   FAX 860.658.4341
FEIN 06-0978735

# Invoice

| DATE | INVOICE # |
|---|---|
| 7/23/01 | 10585 |

**BILL TO**

AG Jane Emons, Esq.
Office of the Attorney General
P.O. Box 120
Hartford, CT 06141-0120
860.808.5340

**IN RE:**

RETINELLA BRAMWELL v
UCONN HEALTH CENTER ET AL

US District Court (SRU)

| PAGES | JOB DATE | REPORTER | DEPONENT | ATTORNEY |
|---|---|---|---|---|
| 11 | 7/17/01 | Batorski | R Bramwell | Jane Emons |

| DESCRIPTION | PAGES | RATE | AMOUNT |
|---|---|---|---|
| Deposition of RETINELLA BRAMWELL | | | |
| AG Regular Rate | 11 | 3.60 | 39.60 |
| AG Appearance Fee | | 30.00 | 30.00 |
| Subtotal | | | 69.60 |
| | | 6.00% | 0.00 |

*OK to pay - Jane Emons*
*DOC*
*Uconn Health*

| | Total | $69.60 |
|---|---|---|

Peter Schulman MD FACC
11 Billingsgate
Avon, CT 06001
860-679-2771

November 24, 2003

Jane D. Comerford
Assistant Attorney General, State of Connecticut
University of Connecticut Health Center
263 Farmington Avenue
Farmington, CT 06030-3803

**Re: Rita Bramwell**

Dear Ms. Comerford,

For my time spent working on this case, I am requesting a fee of $ 900.00. This reflects 4 ½ hours of work at the agreed rate of $200.00 per hour. The dates and hours of my involvement are shown below.

| Date | Hrs | Description |
| --- | --- | --- |
| June 10-15, 2001 | 1.5 | Meeting and video review |
| June 21, 2001 | 1.5 | Review documents, prepare report |
| Oct 27 & Nov 3, 2003 | 1.5 | Review files & meetings w. Attorney Comerford |

My social security number is 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. I am requesting that the check be sent to the address above to avoid confusion at the Health Center.

If I can help you any further with this matter, please contact me.

Sincerely,

*Peter Schulman*

Peter Schulman MD FACC

**EXHIBIT B**

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| RETINELLA BRAMWELL<br>*Plaintiff*, | : CIV. NO. 3:00CV1934(SRU)<br>:<br>: |
| v. | : |
| UNIVERSITY OF CONNECTICUT HEALTH<br>CENTER, STATE OF CONNECTICUT<br>DEPARTMENT OF CORRECTIONS, ESTHER<br>McINTOSH and KAREN DUFFY-WALLACE<br>*Defendants* | :<br>:<br>:<br>: December 8, 2003 |

### CERTIFICATION

I, Jane B. Emons, an Assistant Attorney General for the State of Connecticut, hereby certify that the foregoing costs were necessarily incurred in the defense of this matter, and that they accurately and completely reflect the costs spent by defendants in preparation of trial and/or the motion for summary judgment filed in this case.

_____
Jane B. Emons
Assistant Attorney General

Subscribed and sworn to before me by the above affiant on this the 8TH day of December, 2003.

_____
Notary Public/Commissioner of the Superior Court

5