

# STATE OF CONNECTICUT
## BOARD OF GOVERNORS OF HIGHER EDUCATION



### HEALTH CENTER INVOICE
### VENDOR PAYMENT VOUCHER (FORM CO-17)

**DOCUMENT DATE:** 10/02/01

**ACCOUNTS PAYABLE BATCH NUMBER:**

| DOCUMENT NO. | RECEIPT DATE | P.O./P.S.A. NO. | RPT TYPE | VENDOR FEIN/SSN |
|---|---|---|---|---|
| ~~238~~ 0000238 | | 10 | | 06-0978735 |

**STATUS OF CITIZENSHIP:**
☐ Citizen or Permanent Resident for Tax Purposes
☐ Non Resident Alien (Please attach Alien Information Collection Form)

**VENDOR/PAYEE:** Falzarano Court Reporters

**DOCUMENT AMOUNT:** $339.60

**ADDRESS:** 117 North Saddle Ridge

**CITY:** West Simsbury  **STATE:** CT  **ZIP:** 06092

**VENDOR BILLING INFORMATION (e.g. VENDOR INVOICE NUMBER, CLIENT NAME, DATE, etc.):**
~~Invoice #10585 $69.60~~ & Invoice #10647 $339.60

**BUSINESS PURPOSES:**

~~Deposition of Retinella Bramwell (July 17, 2001)~~  7/5/01 10585  0000238  $69.60
~~(See attached invoice for details of charges)~~  already paid per Document #0000931 reference check#04-434744

Deposition of Retinella Bramwell (July 30, 2001)  8/0/01 10647  0000238  339.60  51709  dated 8/13/01
(See attached invoice for details of charges)

~~Total~~  ~~$409.20~~

**CHECK DUE DATE:**  ENCLOSE ATTACHED DOCUMENT WITH CHECK: ☐ YES ☐ NO  ENCLOSURE CODE:

**CHECK TO BE PICKED UP AT BURSAR'S OFFICE:** ☐ YES ☐ NO  PHONE:
**CONTACT PERSON:**

**JUSTIFICATION FOR PICK-UP:**

| LEDGER | ACCOUNT | SUBCODE | AMOUNT | DEPARTMENT | MAIL CODE | FISCAL SERVICES APPROVAL |
|---|---|---|---|---|---|---|
| 2 | 15549 | 2301 / ~~2326~~ | $339.60 / ~~$409.20~~ | Legal Affairs | 3803 | |

**PREPARED BY:** Kathy Bacon  **PHONE#:** X1114

**AUTHORIZED SIGNATURE/APPROVAL:** Kathryn O. Bacon

Revised 6/1/00