UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| RETINELLA BRAMWELL<br>*Plaintiff*, | : CIV. NO. 3:00CV1934(SRU)<br>:<br>: |
| v. | : |
| UNIVERSITY OF CONNECTICUT HEALTH<br>CENTER, STATE OF CONNECTICUT<br>DEPARTMENT OF CORRECTIONS, ESTHER<br>McINTOSH and KAREN DUFFY-WALLACE<br>*Defendants* | :<br>:<br>:<br>: November 17, 2004<br>: |

**MOTION FOR ORDER FORFEITING BOND**

COMES NOW the defendant and requests that the Court issue an order consistent with its ruling on November 9, 2004 that the plaintiff forfeit the $500.00 bond (Doc. # 30, dated January 3, 2003) posted by the plaintiff as partial satisfaction for costs assessed against the plaintiff in the above-captioned matter. The defendant represents as follows:

1. Judgment as a matter of law was entered for the defendant by the Honorable United States District Court Judge Stefan R. Underhill on November 19, 2003.

2. Pursuant to the provisions of Rule 54(d) of the Federal Rules of Civil Procedure and Rule 54 of the Local Rules of Civil Procedure, the defendant, who is the prevailing party in the above-captioned matter, moved for costs on December 8, 2003. (Doc. # 62).

3. The clerk issued a ruling on or about July 28, 2004 allowing costs in the amount of $288.10. (Doc. # 63).

4. The defendant moved for reconsideration of the clerk's ruling on August 2, 2004 (Doc. # 64).

5. The Court (Underhill J) issued an electronic endorsement order on November 9, 2004 (Doc. # 65) awarding additional costs in the amount of $2,308.30 for court reporter fees; $351.69 for witness fees and $228.48 in service costs to the defendant.

6. Upon information and belief, the court has assessed costs in the above-captioned matter in the total amount of $3,176.57 against the plaintiff.

**WHEREFORE**, the defendant respectfully request the Court issue an order that the clerk forfeit the bond posted by plaintiff in the amount of $500.00 and direct the clerk to direct payment to the Office of the Attorney General as partial satisfaction for the costs of $3,176.57 that have been assessed in the above-captioned matter.

          DEFENDANT
          UNIVERSITY OF CONNECTICUT
          HEALTH CENTER

          RICHARD BLUMENTHAL
          ATTORNEY GENERAL

BY: _____
          Jane B. Emons
          Assistant Attorney General
          Federal Bar No. ct 16515
          55 Elm Street, P.O. Box 120
          Hartford, CT  06141-0120
          Tel: (860) 808-5340
          Fax: (860) 808-5383
          E-mail: Jane.Emons@po.state.ct.us

## CERTIFICATION

I hereby certify that a copy of the foregoing Motion for Order Forfeiting Bond was mailed, U.S. mail first class postage prepaid, this 17th day of November, 2004 to all counsel of record:

John Rose, Jr., Esq.
Levy & Droney, P.C.
74 Batterson Park Road, P.O. Box 887
Farmington, CT  06034-0887

Jane B. Emons
Assistant Attorney General